UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

John Carpenter, et al., et al., v. Bayer Corp. et al., Civ. No. 02-747

---

ORDER

This matter is before the Court on Defendants' Joint Motion to Dismiss. Plaintiff has not responded to the motion.

IT IS HEREBY ORDERED that the Defendants' Joint Motion to Dismiss is GRANTED, and all claims of plaintiff Tony Walker only are DISMISSED WITH PREJUDICE.

Date: 5-21-03

Michael J. Davis
United States District Court

FILED 5·22·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK