E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

| | | |
|---|---|---|
| *Steve Abramovitz v. Bayer Corp., et al.* | : | Case No. 03-1253 |
| *Charles Apple, et al., v. Bayer Corp., et al.* | : | Case No. 03-2394 |
| *James Baines v. Bayer Corp., et al.* | : | Case No. 03-1220 |
| *Emelye Ball v. Bayer Corp., et al.* | : | Case No. 02-2518 |
| *Jayne Bavett, et al., v. Bayer Corp., et al.* | : | Case No. 03-1279 |
| *Julia Bernard v. Bayer Corp., et al.* | : | Case No. 03-1319 |
| *Richard Bierman, et al., v. Bayer Corp., et al.* | : | Case No. 03-1295 |
| *Harvey Bradley v. Bayer Corp., et al.* | : | Case No. 02-3094 |
| *Bill Breeding, et al., v. Bayer Corp., et al.* | : | Case No. 02-1946 |
| *John Breen v. Bayer Corp., et al.* | : | Case No. 02-1941 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | : | Case No. 02-0747 |
| *Sherman Conger v. Bayer Corp., et al.* | : | Case No. 03-2007 |
| *Clarence Cornett, et al., v. Bayer Corp., et al.* | : | Case No. 02-3182 |
| *Frederick Corpening, et al.,* | : | |
| *v. Bayer Corp., et al.* | : | Case No. 02-1881 |
| *Maria Cunningham v. Bayer Corp., et al.* | : | Case No. 03-2264 |
| *Diane Dean, et al., v. Bayer Corp., et al.* | : | Case No. 02-3236 |
| *Donna Decker, et al., v. Bayer Corp., et al.* | : | Case No. 03-2694 |
| *Postell Deloch v. Bayer Corp., et al.* | : | Case No. 02-2751 |
| *Emery Dents v. Bayer Corp., et al.* | : | Case No. 02-4615 |
| *Ann DiMucco v. Bayer Corp., et al.* | : | Case No. 02-3776 |
| *Virginia Gallagher v. Bayer Corp., et al.* | : | Case No. 02-1097 |
| *Sally Gallardo v. Bayer Corp., et al.* | : | Case No. 02-2202 |
| *Clayton George v. Bayer Corp., et al.* | : | Case No. 03-2713 |
| *Dorothy Haas v. Bayer Corp., et al.* | : | Case No. 03-0568 |
| *Clarence Harris v. Bayer Corp., et al.* | : | Case No. 02-3270 |
| *Carol Hays, et al., v. Bayer Corp., et al.* | : | Case No. 03-1976 |
| *William Huntington v. Bayer Corp., et al.* | : | Case No. 03-0502 |
| *Ray Jacob, et al., v. Bayer Corp., et al.* | : | Case No. 03-2106 |
| *Marian Johnson v. Bayer Corp., et al.* | : | Case No. 02-1197 |
| *Bennie Jones, et al., v. Bayer Corp., et al.* | : | Case No. 02-3164 |
| *Riffat Lari v. Bayer Corp., et al.* | : | Case No. 03-0702 |
| *Marvel Laundreaux v. Bayer Corp., et al.* | : | Case No. 02-3127 |
| *Geraldine Ling, et al., v. Bayer Corp., et al.* | : | Case No. 02-2065 |
| *Roland Manriquez v. Bayer Corp., et al.* | : | Case No. 03-1624 |
| *Paul Matthews, et al., v. Bayer Corp., et al.* | : | Case No. 02-2802 |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| *Beatrice McLean v. Bayer Corp., et al.* | : | Case No. 02-3427 |
| *Alph Morrow v. Bayer Corp., et al.* | : | Case No. 03-1700 |
| *Patricia Mosmeyer v. Bayer Corp., et al.* | : | Case No. 03-2325 |
| *Ann Nargentino v. Bayer Corp., et al.* | : | Case No. 03-2581 |
| *John Ochoa, et al., v. Bayer Corp., et al.* | : | Case No. 03-1510 |
| *Paul Oshinsky v. Bayer Corp., et al.* | : | Case No. 02-1460 |
| *Vincent Quidasol, et al., v. Bayer Corp., et al.* | : | Case No. 02-2377 |
| *Albert Saldana v. Bayer Corp., et al.* | : | Case No. 02-2805 |
| *Terry Scott v. Bayer Corp., et al.* | : | Case No. 03-1494 |
| *Mladenka Segota v. Bayer Corp., et al.* | : | Case No. 03-0573 |
| *Mattie Shack v. Bayer Corp., et al.* | : | Case No. 02-2737 |
| *Louise Sharrar v. Bayer Corp., et al.* | : | Case No. 03-2107 |
| *William Skinner v. Bayer Corp., et al.* | : | Case No. 03-1999 |
| *Gary Strem v. Bayer Corp., et al.* | : | Case No. 03-0368 |
| *Nancy Thompson v. Bayer Corp., et al.* | : | Case No. 03-0547 |
| *Joane Thornton, et al., v. Bayer Corp., et al.* | : | Case No. 03-0787 |
| *Cathy Todd v. Bayer Corp., et al.* | : | Case No. 02-3066 |
| *Daphne Walker, et al., v. Bayer Corp., et al.* | : | Case No. 02-1615 |
| *Andrew Wilkins v. Bayer Corp., et al.* | : | Case No. 03-1426 |
| *Don Wine v. Bayer Corp., et al.* | : | Case No. 03-0581 |

**DEFENDANTS' AMENDED JOINT NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER DISMISSING WITH PREJUDICE PTO 89 PROGRAM AND ELIGIBLE CASES DROPPED BY WEITZ & LUXENBERG**

PLEASE TAKE NOTICE that Defendants Bayer Corporation, Bayer AG, and SmithKline Beecham Corp. d/b/a GlaxoSmithKline, and GlaxoSmithKline plc move the Honorable Michael J. Davis, United States District Court, United States District Court, 300 South 4th Street, Minneapolis, Minnesota, pursuant to Fed. R. Civ. P. 41 and PTO 89, to enter an order dismissing with prejudice the above-captioned PTO 89 "Program" and "Eligible" Cases[1] which plaintiffs' counsel, Weitz & Luxenberg, determined did not warrant further discovery for purposes of trial under PTO 89. This

[1] Defendants move for dismissal of all plaintiffs in the above-captioned cases except Plaintiff John Carpenter only in No. 02-0747.

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

amended motion is supported by the attached Memorandum, and all the files, papers, and proceedings herein.

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)** |

**This Document Relates to:**

| | | |
|---|---|---|
| *Steve Abramovitz v. Bayer Corp., et al.* | : | Case No. 03-1253 |
| *Charles Apple, et al., v. Bayer Corp., et al.* | : | Case No. 03-2394 |
| *James Baines v. Bayer Corp., et al.* | : | Case No. 03-1220 |
| *Emelye Ball v. Bayer Corp., et al.* | : | Case No. 02-2518 |
| *Jayne Bavett, et al., v. Bayer Corp., et al.* | : | Case No. 03-1279 |
| *Julia Bernard v. Bayer Corp., et al.* | : | Case No. 03-1319 |
| *Richard Bierman, et al., v. Bayer Corp., et al.* | : | Case No. 03-1295 |
| *Harvey Bradley v. Bayer Corp., et al.* | : | Case No. 02-3094 |
| *Bill Breeding, et al., v. Bayer Corp., et al.* | : | Case No. 02-1946 |
| *John Breen v. Bayer Corp., et al.* | : | Case No. 02-1941 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | : | Case No. 02-0747 |
| *Sherman Conger v. Bayer Corp., et al.* | : | Case No. 03-2007 |
| *Clarence Cornett, et al., v. Bayer Corp., et al.* | : | Case No. 02-3182 |
| *Frederick Corpening, et al., v. Bayer Corp., et al.* | : | Case No. 02-1881 |
| *Maria Cunningham v. Bayer Corp., et al.* | : | Case No. 03-2264 |
| *Diane Dean, et al., v. Bayer Corp., et al.* | : | Case No. 02-3236 |
| *Donna Decker, et al., v. Bayer Corp., et al.* | : | Case No. 03-2694 |
| *Postell Deloch v. Bayer Corp., et al.* | : | Case No. 02-2751 |
| *Emery Dents v. Bayer Corp., et al.* | : | Case No. 02-4615 |
| *Ann DiMucco v. Bayer Corp., et al.* | : | Case No. 02-3776 |
| *Virginia Gallagher v. Bayer Corp., et al.* | : | Case No. 02-1097 |
| *Sally Gallardo v. Bayer Corp., et al.* | : | Case No. 02-2202 |
| *Clayton George v. Bayer Corp., et al.* | : | Case No. 03-2713 |
| *Dorothy Haas v. Bayer Corp., et al.* | : | Case No. 03-0568 |
| *Clarence Harris v. Bayer Corp., et al.* | : | Case No. 02-3270 |
| *Carol Hays, et al., v. Bayer Corp., et al.* | : | Case No. 03-1976 |
| *William Huntington v. Bayer Corp., et al.* | : | Case No. 03-0502 |
| *Ray Jacob, et al., v. Bayer Corp., et al.* | : | Case No. 03-2106 |
| *Marian Johnson v. Bayer Corp., et al.* | : | Case No. 02-1197 |
| *Bennie Jones, et al., v. Bayer Corp., et al.* | : | Case No. 02-3164 |
| *Riffat Lari v. Bayer Corp., et al.* | : | Case No. 03-0702 |
| *Marvel Laundreaux v. Bayer Corp., et al.* | : | Case No. 02-3127 |
| *Geraldine Ling, et al., v. Bayer Corp., et al.* | : | Case No. 02-2065 |
| *Roland Manriquez v. Bayer Corp., et al.* | : | Case No. 03-1624 |
| *Paul Matthews, et al., v. Bayer Corp., et al.* | : | Case No. 02-2802 |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| *Beatrice McLean v. Bayer Corp., et al.* | : | Case No. 02-3427 |
| *Alph Morrow v. Bayer Corp., et al.* | : | Case No. 03-1700 |
| *Patricia Mosmeyer v. Bayer Corp., et al.* | : | Case No. 03-2325 |
| *Ann Nargentino v. Bayer Corp., et al.* | : | Case No. 03-2581 |
| *John Ochoa, et al., v. Bayer Corp., et al.* | : | Case No. 03-1510 |
| *Paul Oshinsky v. Bayer Corp., et al.* | : | Case No. 02-1460 |
| *Vincent Quidasol, et al., v. Bayer Corp., et al.* | : | Case No. 02-2377 |
| *Albert Saldana v. Bayer Corp., et al.* | : | Case No. 02-2805 |
| *Terry Scott v. Bayer Corp., et al.* | : | Case No. 03-1494 |
| *Mladenka Segota v. Bayer Corp., et al.* | : | Case No. 03-0573 |
| *Mattie Shack v. Bayer Corp., et al.* | : | Case No. 02-2737 |
| *Louise Sharrar v. Bayer Corp., et al.* | : | Case No. 03-2107 |
| *William Skinner v. Bayer Corp., et al.* | : | Case No. 03-1999 |
| *Gary Strem v. Bayer Corp., et al.* | : | Case No. 03-0368 |
| *Nancy Thompson v. Bayer Corp., et al.* | : | Case No. 03-0547 |
| *Joane Thornton, et al., v. Bayer Corp., et al.* | : | Case No. 03-0787 |
| *Cathy Todd v. Bayer Corp., et al.* | : | Case No. 02-3066 |
| *Daphne Walker, et al., v. Bayer Corp., et al.* | : | Case No. 02-1615 |
| *Andrew Wilkins v. Bayer Corp., et al.* | : | Case No. 03-1426 |
| *Don Wine v. Bayer Corp., et al.* | : | Case No. 03-0581 |

**REPLY MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR ENTRY OF ORDER DISMISSING WITH PREJUDICE PTO 89 PROGRAM AND ELIGIBLE CASES DROPPED BY WEITZ & LUXENBERG**

True to form, Weitz & Luxenberg wants to live by a separate set of discovery rules than other plaintiffs in this MDL. This Court ordered plaintiffs to vet cases selected for the PTO 89 discovery program to determine whether they actually warrant discovery and held that cases that did not warrant discovery should be dismissed with prejudice (absent a showing of good cause). The PSC as a whole has had no trouble abiding by that rule, and has stipulated to the dismissal with prejudice of cases dropped from the discovery program. *See, e.g.*, Ex. 1; *see also infra*, notes 3 & 4.

Weitz, however, wants to avoid both its responsibility to dismiss no-merit cases and its obligation to conduct discovery in cases that have not been dismissed. Specifically, once Weitz has determined that a case does not warrant discovery, Weitz

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

wants to delay dismissal to allow the plaintiff to shop for another lawyer. In the meantime, Weitz refuses to schedule depositions in these pending PTO 89 cases.

Weitz's tactics are impairing defendants' ability to conduct PTO 89 fact discovery (which is scheduled to close April 30). If Weitz wanted to avoid dismissals, it should have scheduled depositions and continued to represent its clients pursuant to the orders of this Court, until such time (if ever) that those clients retained new counsel.

Weitz's opposition brief makes three basic arguments. They are addressed here *seriatim*.

**1. Weitz's claim that defendants' motion is "disingenuous."** As of January 9, 2004, when defendants filed this Motion, Weitz had notified defendants that it would "not be pursuing" 76 of its PTO 89 cases,[2] but had agreed to dismiss with prejudice only 8 of those cases.[3] Defendants had not received any indication that Weitz would stipulate to dismissal with prejudice of the remaining 68 cases.[4] That those 68 cases remained in limbo precipitated the filing of this Motion.

---

[2] 63 of these 76 cases were dropped by Weitz as a result of the initial vetting process of the Minnesota and randomly-selected cases under PTO 89. The remaining 13 cases were subsequently dropped by Weitz between October 2003 and January 9, 2004, typically after defendants tried to schedule the plaintiffs' depositions.

[3] In mid-November, counsel for Bayer had received proposed stipulations of dismissal with prejudice from Weitz as to *Jolene Moore* (02-2527), *Francine Leone* (03-0690), *Byron Pederson* (02-2615), *Sue Weise* (03-3275), *Jacqueline Danzo* (02-1892), *Edna Schaller* (02-3278), *Mary Brinkhaus* (03-1855), and *Thelma Glass* (03-1981). Defendants did not agree to sign such stipulations because at that time defendants were working with the PSC on a consolidated stipulation of dismissal with prejudice for *all* dropped PTO 89 cases.

[4] To the contrary, in December 2003, Weitz objected to inclusion of all 76 of its cases on a proposed, consolidated order for dismissal with prejudice of dropped PTO 89 cases. Therefore, on January 8, 2004, defendants and the PSC jointly submitted to the Court a stipulated order covering all dropped Program Cases *except* those represented by Weitz.

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Not until January 27 through 29, 2004 – just before Weitz filed on January 30 its indignant Opposition to this Motion – did Weitz finally send stipulations of dismissal with prejudice for 40 of the remaining 68 dropped PTO 89 cases. In addition, upon receipt of Weitz's Opposition, defendants first learned that Weitz would agree that 23 more of its dropped PTO 89 cases should be dismissed with prejudice — although defendants have not received a signed stipulation of dismissal with prejudice for those cases.[5]

But that is not the end of the story. In late January, Weitz identified yet another 20 PTO 89 cases in which it will not schedule discovery.[6] And even more recently, Weitz has informed defendants of an additional 12 PTO 89 cases that Weitz will not be pursuing. *See, e.g.,* Ex. 2. With respect to 28 of these 32 cases, Weitz currently is refusing either to dismiss or calendar depositions. *See, e.g.,* Exs. 2 & 3.

Weitz's refusal to follow the procedures used by all other plaintiffs is thwarting defendants' efforts to conduct orderly discovery in the PTO 89 Program.

---

[5] Although Weitz claims that it sent defense counsel a proposed consolidated stipulation for dismissal with prejudice of *John Ochoa* (03-1510) and 20 other cases (see Weitz Opp., Ex. A), defendants have no record of receipt of such stipulation and, in fact, the 17-page facsimile received from Weitz on November 17, 2003 (the date that Weitz supposedly faxed the *Ochoa et al.* stipulation) did not contain such stipulation. *See* Ex. 5 hereto. Defendants also have not received signed stipulations of dismissal *with* prejudice for plaintiffs Vincent Quidasol (02-2377) and Joane Thornton (03-0787). *See* Weitz Opp. Ex. A (attaching stipulation for dismissal without prejudice of such plaintiffs' cases). In addition, Weitz still has not advised whether it will agree to dismiss *Daphne Walker v. Bayer Corp.* (02-1615) with prejudice.

[6] In particular, PTO 89 required plaintiffs to identify all non-physicians who may have factual information relevant to the respective plaintiff's case by January 21, 2004. On January 21, Weitz sent defendants a list of 34 plaintiffs for whom such non-physician witnesses were identified. When defense counsel inquired whether Weitz intended to dismiss its remaining PTO 89 cases, Weitz indicated that all other cases were "in various stages of dismissal or transfer to substitute counsel." Ex. 3.

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Under the current schedule, defendants must complete depositions of plaintiffs and each witness identified by plaintiffs in all PTO 89 cases by April 30, 2004. Defendants cannot comply with this deadline if they do not know which cases remain part of the PTO 89 Program.

There is no reason for this rigmarole. This Court already has determined that dropped PTO 89 cases that do not merit discovery should be dismissed with prejudice. Tr. of Oct. 9, 2003, at 115 ("[D]ealing with PTO 89, these matters will be dismissed with prejudice unless good cause is shown why they should not be dismissed with prejudice."). Weitz cannot now establish good cause by claiming that plaintiffs should be allowed to shop for new lawyers. Weitz has had abundant opportunity over the last five months to advise clients that Weitz would not be pursuing their cases and that these clients should seek other counsel if they wished to proceed. Indeed, Weitz was supposed to vet its cases before the list of "Eligible Cases" was compiled last fall. Thus, even if the Court contemplated allowing plaintiffs to shop for lawyers after present counsel determined their claims not to merit discovery (and nothing in the record supports such a conclusion), Weitz clients have had ample opportunity to do so. Weitz cannot use its own delinquency in vetting cases as an excuse to stonewall both discovery and dismissals.

Defendants have removed from this motion those cases in which they have received from Weitz a signed stipulation of dismissal with prejudice. They have added to the motion the cases in which Weitz, subsequent to the filing of defendants' motion, announced that it would not schedule discovery or dismiss with prejudice. The Court should dismiss with prejudice the Weitz cases in which Weitz has declined to schedule discovery.

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**2. Extension Requests.** Weitz requests delays of either 30 or 60 days in five cases which Weitz dropped early in the vetting process,[7] so plaintiffs can decide whether they want to substitute counsel. As noted above, this does not constitute good cause and these cases should be dismissed with prejudice immediately.

**3. The Carpenter case**. As for *John Carpenter* (02-0747), this case provides the supreme example of Weitz's chaos. Four months after telling defendants Weitz was dropping Mr. Carpenter's case, Weitz now claims that Mr. Carpenter's claim should be included in the list of PTO 89 "Eligible" cases. Weitz asserts that it mistakenly dropped Mr. Carpenter from the PTO 89 list because Weitz thought Mr. Carpenter's case already had been dismissed for failure to provide discovery under PTO 81. This post hoc rationalization does not withstand scrutiny.

*Carpenter* was one of the cases randomly selected by the Court for discovery under PTO 89. Counsel for the PSC and defendants reviewed the Court's list carefully, under the supervision of Special Master Haydock, and removed, *inter alia*, cases that already had been dismissed. Mr. Carpenter's claim remained on the list because it had not been dismissed. PSC working papers on the random case selection list reflect the correct procedural status of the case: "Multiple plaintiffs; Carpenter still active." *See* Ex. 4. Certain other plaintiffs had been dismissed from the *Carpenter* multi-plaintiff complaint for failure to provide plaintiff fact sheets. But Mr. Carpenter was not among them, as is clear from the documents filed in that case.[8]

---

[7] *Carol Hays* (03-1976), *Ray Jacob* (03-2106), *Marian Johnson* (02-1197), and *Bennie Jones* (02-3164) were dropped by Weitz in October 2003 as a result of their initial vetting process, and *Paul Oshinksy* (02-1460) was dropped by Weitz in November 2003.

[8] Defendants informed the Court and counsel on *November 14, 2002* that defendants' Second Wave Discovery Motion was applicable to Tony Walker (and 6 other identified

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Thus, Weitz's after-the-fact excuses are not credible and do not constitute "good cause" for continuation of Mr. Carpenter's claims. It would be patently unfair to defendants to re-insert Mr. Carpenter into the PTO 89 Process at this late stage.

For these reasons, defendants request that the Court enter an order dismissing with prejudice the identified PTO 89 cases which Weitz & Luxenberg determined did not warrant further discovery. A revised, proposed order of dismissal with prejudice is attached hereto, which has been modified to remove the cases in which Weitz has provided signed stipulations to dismiss with prejudice and to add the additional PTO 89 cases that Weitz has dropped since January 9.

Dated: February 17, 2004

---

plaintiffs) in the multi-plaintiff *Carpenter* complaint; this list did not include Mr. Carpenter. *See* Defendants Reply Mem. in Support of Motion Seeking Enforcement of "Second Wave" Plaintiffs' Court-Ordered Discovery Obligations at 7 fn.1 and Ex. F. In addition, Judge Lebedoff's Order entered April 2, 2003 indicated on its face that plaintiff Tony Walker in *Carpenter* (02-0747) would be dismissed with prejudice if he did not provide the required discovery to defendants. *See* Ex. F to Weitz's Opp.

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Respectfully submitted,

/signature on file/
Susan A. Weber
James W. Mizgala
Sherry A. Knutson
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Phone: 312-853-7000

Philip S. Beck
Adam L. Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard Street, Suite 3000
Chicago, IL 60610
Phone: 312-494-4400

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street N.W.
Washington, D.C. 20005
Phone: 202-736-8000

Richard K. Dandrea
ECKERT SEAMANS CHERIN & MELLOTT LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: 412-566-6000

*Counsel for Bayer Corporation and Bayer AG*

/signature on file/
Tracy J. Van Steenburgh (#141173)
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
Phone: 612-338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215-994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

| | | |
|---|---|---|
| *Steve Abramovitz v. Bayer Corp., et al.* | : | Case No. 03-1253 |
| *Charles Apple, et al., v. Bayer Corp., et al.* | : | Case No. 03-2394 |
| *James Baines v. Bayer Corp., et al.* | : | Case No. 03-1220 |
| *Emelye Ball v. Bayer Corp., et al.* | : | Case No. 02-2518 |
| *Jayne Bavett, et al., v. Bayer Corp., et al.* | : | Case No. 03-1279 |
| *Julia Bernard v. Bayer Corp., et al.* | : | Case No. 03-1319 |
| *Richard Bierman, et al., v. Bayer Corp., et al.* | : | Case No. 03-1295 |
| *Harvey Bradley v. Bayer Corp., et al.* | : | Case No. 02-3094 |
| *Bill Breeding, et al., v. Bayer Corp., et al.* | : | Case No. 02-1946 |
| *John Breen v. Bayer Corp., et al.* | : | Case No. 02-1941 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | : | Case No. 02-0747 |
| *Sherman Conger v. Bayer Corp., et al.* | : | Case No. 03-2007 |
| *Clarence Cornett, et al., v. Bayer Corp., et al.* | : | Case No. 02-3182 |
| *Frederick Corpening, et al.,* | : | |
| *v. Bayer Corp., et al.* | : | Case No. 02-1881 |
| *Maria Cunningham v. Bayer Corp., et al.* | : | Case No. 03-2264 |
| *Diane Dean, et al., v. Bayer Corp., et al.* | : | Case No. 02-3236 |
| *Donna Decker, et al., v. Bayer Corp., et al.* | : | Case No. 03-2694 |
| *Postell Deloch v. Bayer Corp., et al.* | : | Case No. 02-2751 |
| *Emery Dents v. Bayer Corp., et al.* | : | Case No. 02-4615 |
| *Ann DiMucco v. Bayer Corp., et al.* | : | Case No. 02-3776 |
| *Virginia Gallagher v. Bayer Corp., et al.* | : | Case No. 02-1097 |
| *Sally Gallardo v. Bayer Corp., et al.* | : | Case No. 02-2202 |
| *Clayton George v. Bayer Corp., et al.* | : | Case No. 03-2713 |
| *Dorothy Haas v. Bayer Corp., et al.* | : | Case No. 03-0568 |
| *Clarence Harris v. Bayer Corp., et al.* | : | Case No. 02-3270 |
| *Carol Hays, et al., v. Bayer Corp., et al.* | : | Case No. 03-1976 |
| *William Huntington v. Bayer Corp., et al.* | : | Case No. 03-0502 |
| *Ray Jacob, et al., v. Bayer Corp., et al.* | : | Case No. 03-2106 |
| *Marian Johnson v. Bayer Corp., et al.* | : | Case No. 02-1197 |
| *Bennie Jones, et al., v. Bayer Corp., et al.* | : | Case No. 02-3164 |
| *Riffat Lari v. Bayer Corp., et al.* | : | Case No. 03-0702 |
| *Marvel Laundreaux v. Bayer Corp., et al.* | : | Case No. 02-3127 |
| *Geraldine Ling, et al., v. Bayer Corp., et al.* | : | Case No. 02-2065 |
| *Roland Manriquez v. Bayer Corp., et al.* | : | Case No. 03-1624 |
| *Paul Matthews, et al., v. Bayer Corp., et al.* | : | Case No. 02-2802 |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| *Beatrice McLean v. Bayer Corp., et al.* | : | Case No. 02-3427 |
| *Alph Morrow v. Bayer Corp., et al.* | : | Case No. 03-1700 |
| *Patricia Mosmeyer v. Bayer Corp., et al.* | : | Case No. 03-2325 |
| *Ann Nargentino v. Bayer Corp., et al.* | : | Case No. 03-2581 |
| *John Ochoa, et al., v. Bayer Corp., et al.* | : | Case No. 03-1510 |
| *Paul Oshinsky v. Bayer Corp., et al.* | : | Case No. 02-1460 |
| *Vincent Quidasol, et al., v. Bayer Corp., et al.* | : | Case No. 02-2377 |
| *Albert Saldana v. Bayer Corp., et al.* | : | Case No. 02-2805 |
| *Terry Scott v. Bayer Corp., et al.* | : | Case No. 03-1494 |
| *Mladenka Segota v. Bayer Corp., et al.* | : | Case No. 03-0573 |
| *Mattie Shack v. Bayer Corp., et al.* | : | Case No. 02-2737 |
| *Louise Sharrar v. Bayer Corp., et al.* | : | Case No. 03-2107 |
| *William Skinner v. Bayer Corp., et al.* | : | Case No. 03-1999 |
| *Gary Strem v. Bayer Corp., et al.* | : | Case No. 03-0368 |
| *Nancy Thompson v. Bayer Corp., et al.* | : | Case No. 03-0547 |
| *Joane Thornton, et al., v. Bayer Corp., et al.* | : | Case No. 03-0787 |
| *Cathy Todd v. Bayer Corp., et al.* | : | Case No. 02-3066 |
| *Daphne Walker, et al., v. Bayer Corp., et al.* | : | Case No. 02-1615 |
| *Andrew Wilkins v. Bayer Corp., et al.* | : | Case No. 03-1426 |
| *Don Wine v. Bayer Corp., et al.* | : | Case No. 03-0581 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS

THIS MATTER having come before the Court on Defendants' Amended Joint Motion for Entry of Order Dismissing with Prejudice Program Cases Dropped by Weitz & Luxenberg; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that the above-captioned cases are **DISMISSED WITH PREJUDICE** as to all defendants and as to all plaintiffs, except Plaintiff **John Carpenter only** is dismissed with prejudice in No. 02-0747.

The parties shall each bear their own costs.

DATED: ________________

________________________________
The Honorable Michael J. Davis
United States District Court

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy was electronically served to counsel of record via Verilaw on February 17, 2004.

/signature on file/