E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

# Exhibit 1

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to:** | : | |
| *Jessie Anderson, et al., v. Bayer Corp., et al.* | : | Case No. 02-2984 |
| *Guy Besles, et al., v. Bayer AG, et al.* | : | Case No. 03-0028 |
| *Albert Bowers, et al., v. Bayer AG, et al.* | : | Case No. 02-4403 |
| *Mary Davidson v. Bayer AG, et al.* | : | Case No. 02-0541 |
| *Bob England, et al., v. Bayer Corp., et al.* | : | Case No. 02-3870 |
| *Jean Gilbertson v. Bayer Corp., et al.* | : | Case No. 03-4189 |
| *Mervine Hernandez, et al., v. Bayer Corp., et al.* | : | Case No. 02-3003 |
| *Janice Lund v. Bayer Corp., et al.* | : | Case No. 03-0996 |
| *Rhea Murray v. Bayer Corp., et al.* | : | Case No. 02-2112 |
| *Matt Santino v. Bayer Corp., et al.* | : | Case No. 03-3126 |
| *Damian Stearns, et al., v. Bayer Corp., et al.* | : | Case No. 03-2137 |

**ORDER**

Pursuant to Pretrial Order 89, the parties have received and reviewed a selection of cases for potential trial ("Program Cases"). The Plaintiffs' Steering Committee has advised the Court and the Defendants which Program Cases it has determined warrant discovery for the purpose of trial ("Eligible Cases"). All other Program Cases are to be dismissed. PTO-89 ¶2.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE** as to all plaintiffs, except as follows:

Plaintiff **Jessie Anderson only** in No. 02-2984,
Plaintiff **Guy Besles only** in No. 03-0028,
Plaintiffs **Albert and Shirley Bowers only** in No. 02-4403, and
Plaintiff **Vern Frisk only** in No. 02-3870.

FILED JAN 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

Dated: 1-9-04

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

# 1431



CHI 2845766v1

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

# Exhibit 2

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431



W E I T Z
&
L U X E N B E R G
A PROFESSIONAL CORPORATION
- LAW OFFICES -

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

W. SCOTT ARMSTRONG ¶
SHEILA BICKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT ¥
JOHN M. BROADDUS ═
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
DENISE M. DUNLEAVY

CHARLES M. FERGUSON
STUART R. FRIEDMAN
LAWRENCE GOLDHIRSCH **
EDWARD J. HAHN *
CATHERINE HEACOX ††
MARIE L. IANNIELLO †
ERIK JACOBS ‡
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL **‡
HONY I. LANCMAN
DEBBI LANDAU
JAMES C. LONG, JR. **

VICTORIA MANIATIS ††
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS MCNEW *¥
RICHARD MEADOW ═
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART E. PERRY *
G. RUSSELL RAGLAND **
ELLEN RELKIN *♠
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. von OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
§ Also admitted in CT
* Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
¶ Also admitted in DC
‡ Also admitted in NJ and CT
** Also admitted in NJ and PA
♠ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
¥ Also admitted in VA and NJ
[illegible] Also admitted in DC and TX
═ Admitted only in DC, MD, PA and VA
[illegible] Also admitted in DC, PA
■ Admitted only in CO

February 3, 2004

<u>Via Facsimile and Regular Mail</u>
Justin Ma, Esq.
**Sidley Austin Brown & Wood LLP**
555 West Fifth Street
Los Angeles, CA 90013

**Re:** <u>Louise Sharrar v. Bayer Corp., et al.</u>
<u>James Baines v. Bayer Corp., et al.</u>
<u>Dorothy Churchill v. Bayer Corp., et al.</u>
<u>Gary Strem v. Bayer Corp., et al.</u>
<u>Roberto Salas v. Bayer Corp., et al.</u>
<u>Robert Grumbach v. Bayer Corp., et al.</u>
*Baycol Litigation*

Dear Counselor:

This letter is sent in response to your suggested Baycol deposition schedule for the week of February 16-20, 2004. Please be advised that Weitz & Luxenberg will not be pursuing the cases of Gary Strem, James Baines, and Louise Sharrar. Therefore we do not need to schedule their depositions. Additionally, we are still waiting to hear from the facility on behalf of Roberto Salas and upon confirmation from them, we will forward available dates for Mr. Salas' deposition. Therefore, in an effort for cost efficiency, we will schedule the deposition for Dorothy Churchill for a full week in California. It is our hope that this week can also include MDL Trial Selection case Robert Grumbach.

If you have any question or concerns, please feel free to contact me directly at <u>Jmurray@weitzlux.com</u> or 212-558-5959. As well, please be advised that the direct Baycol fax number is 212-363-2721.

WEITZ & LUXENBERG, P.C.

By: ____________________
Jennifer M. Murray

cc: Elizabeth Gallard, Esq.
Doug Marvin, Esq.

T:\DMD\Baycol\Depositions\California\Churchill.Salas.Baines.Sharrar.Strem Response-Feb3.doc

02/03/04 14:39 FAX 003/00

Received 02/03/2004 09:00 in 01:00 on line [3] for RM09985 Printed 02/03/2004 09:03 * Pg 2/2
FEB-03-2004 TUE 10:03 AM FAX NO. P. 02/02

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

W E I T Z
&
L U X E N B E R G
A PROFESSIONAL CORPORATION
- LAW OFFICES -
180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON

M. SCOTT ARMSTRONG
SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGARTY
EDWARD S. BOJEK
MITCHELL M. BREIT
JOHN M. BROADDUS
DANIEL C. BURKE
PATTI BURSHTYN
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD
DENISE M. DUNLEAVY
CHARLES M. FERGUSON
STUART R. FRIEDMAN
LAWRENCE GOLDHIRSCH
EDWARD J. HAHN
CATHERINE HEACOX
MARIE L. IANNIELLO
ERIK JACOBS
EVAN M. JANUSH
GARY R. KLEIN
JERRY KRISTAL
RORY L. LANDMAN
DEBBI LANDAU
JAMES C. LONG, JR.
VICTORIA MAMATIS
RICHARD S. MODERWAN
C. SANDERS McNEW
RICHARD MEADOW
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK
STUART S. PERRY
G. RUSSELL RAGLAND
ELLEN RELKIN
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS
CHRIS ROMANELLI
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SANFORD SHOHLER
FRANKLIN P. SOLOMON
BONNIE M. STEINWOLF
JAMES S. THOMPSON
DOUGLAS B. von OITTE
NICHOLAS WISE
LAUREN WOLPIN
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

February 2, 2004

**Via Facsimile and Regular Mail**
Rachel Morgan
**Fulbright & Jaworski**
2200 Ross Ave, Suite 2800
Dallas, TX 75201

Re: Estell Goodson v. Bayer Corp., et al.
Patricia Mosmeyer and James Mosmeyer v. Bayer Corp., et al.
Albert Saldana v. Bayer Corp., et al.
*Baycol Litigation*

Dear Counsel:

Please be advised that Weitz and Luxenberg will not be pursuing the case of Patricia Mosmeyer or Albert Saldana. Upon receipt of written confirmation from our clients, these Stipulations of Discontinuance will follow. Additionally, I will look into the matter regarding the non-physician witnesses for Estell Goodson to establish both our availability and the availability of these witnesses and contact you as soon as we are able to confirm dates.

If you have any further questions or concerns, please feel free to contact me directly at Jmurray@weitzlux.com or 212-558-5961. **Please be advised that Weitz & Luxenberg's direct Baycol fax number is: 212-363-2721.**

Very truly yours,
**WEITZ & LUXENBERG, P.C.**

By: [signature]
Jennifer M. Murray

cc: Doug Marvin
T:\DMDL\Baycol\Depositions\TX\Letter-MosmeyerSaldanaGoodson

51 HADDONFIELD ROAD, SUITE 160 • CHERRY HILL, NJ 08002 • TEL 856-488-8061 • FAX 856-488-8077
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE, NJ 07079 • TEL 973-761-6935 • FAX 973-763-4820
215 SOUTH MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6401 • FAX 970-925-6035

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

W E I T Z
&
L U X E N B E R G

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT +
JOHN M. BROADDUS ▾
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
CHARLES M. FERGUSON
STUART R. FRIEDMAN

LAWRENCE GOLDHIRSCH **
EDWARD J. HAHN *
CATHERINE HEACOX ††
MARIE L. IANNIELLO †
ERIK JACOBS
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL **‡
RORY I. LANCMAN
DEBBI LANDAU
JAMES C. LONG, JR. **
VICTORIA MANIATIS ††

RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW *■
RICHARD MEADOW ▾
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK
STUART S. PERRY *
G. RUSSELL RAGLAND ▾
ELLEN RELKIN *▲
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS
CHRIS ROMANELLI ††

DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SHELDON SILVER *
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. von OIRTE ‡
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
+ Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
| Also admitted in NJ and CT
▾ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
‡ Also admitted in VA and NJ
** Also admitted in DC and TX
■ Admitted only in DC, MD, PA and VA
■ Also admitted in DC, VA
■ Admitted only in CO

February 5, 2004

**VIA Facsimile and Regular Mail**

Justin Ma
Sidley, Austin, Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

**Re: DEFICIENCY RESPONSE**
**Baycol Litigation**

Dear Mr. Ma:

In response to your recent requests for information pertaining to the plaintiffs listed below, please note that we are currently seeking these clients' consent to dismiss, or we will withdraw as counsel. At that time a Stipulation of Dismissal will be forwarded to your office. In the meantime, please adjust your records accordingly as to avoid sending any further deficiency notices pertaining to these plaintiffs.

| Name | Index # |
|---|---|
| Postell Deloch | 02-2751 |
| Mladenka Segota | 03-0573 |

If you have any questions, please feel free to contact me at (212) 558-5868.

Very truly yours,
WEITZ & LUXENBERG, P.C.

Lola O'Neil
Lola O' Neil
Legal Assistant

LO: jtp
cc: Eva Fitzhugh, Fred T. Magaziner
T:\DMDL\Baycol\Deficiencies\Status Letters_Def_Resp_ltr_February.doc

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

# Exhibit 3

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

## Marvin, Douglas

**From:** Maniatis, Victoria [VManiatis@weitzlux.com]
**Sent:** Friday, January 23, 2004 11:35 AM
**To:** Marvin, Douglas; Burke, Daniel
**Subject:** RE: MDL Cases

Doug: Sorry for not getting to you sooner. Yes, your assumption is correct. Many of the "absent" cases are in various stages of dismissal or transfer to substitute counsel. Sherry Knutson is generally aware of this as she is our contact regarding that subject, and subject of your current motion pending. We are hoping that we can shortly give you ( and Sherry) an even more accurate account of these cases so that we can perhaps resolve this issue outside of the pending motion.

Thanks Doug. We will be in touch early next week with more information.

Victoria J. Maniatis

-----Original Message-----
From: Marvin, Douglas [mailto:DMarvin@wc.com]
Sent: Friday, January 23, 2004 11:28 AM
To: Burke, Daniel
Cc: Maniatis, Victoria
Subject: RE: MDL Cases

We are trying to schedule depositions in the MDL Trial Program cases and it would be helpful to receive a response to the email that I sent to you earlier this week, a copy of which is set out below. We would rather not be spending time on cases that are being dropped from the Program. Thank you.

> -----Original Message-----
> From: Marvin, Douglas
> Sent: Wednesday, January 21, 2004 3:56 PM
> To: 'dburke@weitzlux.com'
> Cc: 'Maniatis, Victoria'
> Subject: MDL Cases
>
> I received your letter today listing all non-physicians who may have
> factual information relevant to the respective plaintiff's case in
> accordance with PTO 89. By my count, there are 34 plaintiffs on the
> list. If a plaintiff who was originally on the MDL Trial Program List
> does not appear on the list attached to your letter of January 20,
> does that mean that your firm intends to dismiss that plaintiff's
> case? In short, can we safely assume that only the plaintiffs listed
> in the January 20 attachment remain part of the MDL Trial Program.
> Or, are we missing the information for other plaintiffs? Thanks.

---

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

================================================================

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

# Exhibit 4

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| CASE NAME | First Name | Court File Number | Status | |
|---|---|---|---|---|
| **MINNESOTA RESIDENT/FILED** | | | | |
| Adams v. Bayer | Carol | 02-1292 | Mn filed/Fla res | **off** |
| Anderson v. Bayer | Doris | 02-04522 | MN res/ EDPa filed | **off** |
| Anderson v. Bayer | Arland | 03-02061 | MN res/EDPA filed/dismissed | **off** |
| Anderson v. Bayer | Louella | 02-1103 | | |
| Arneson-Trosdahl v. Bayer | Karen | 03-02712 | MN res/ EDPa filed | **off** |
| Bedell v. Bayer | Steven | 03-03606 | | |
| Bell v. Bayer | | 02-01053 | Mn res/MN filed; not selected by Court; lead PLtf settled | **Next active Plaintiff is Shirley Lee** |
| Brinkhaus v. Bayer | Mary | 02-1855 | | |
| Brooks v. Bayer | Benjamin | 03-03279 | PPA case wrongly in Baycol | off |
| Busch v. Bayer | Ralph | 03-1005 | dismissed | off |
| Carlson v. Bayer | | 02-01068 | Mn res/MN filed; not selected by Court; class | off |
| Charboneau v. Bayer | Jean | 02-04620 | dismissed/MN res/ EDPa filed | off |
| Christenson v. Bayer | Harold | 02-02266 | dismissed; MN res; EDPa filed | off |
| Cox v. Bayer | June | 02-226 | settled | off |
| Devick v. Bayer | Janice | 02-02466 | | |
| Dickhausen v. Bayer | Gretchen | 02-057 | class | off |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Dockendorf v. Bayer | Irene | 03-998 | to be dismissed | off |
| Dubberly v. Bayer | Raymond | 01-1594 | class | off |
| Garding v. Bayer | Nancy | 01-1871 | class | off |
| Gilbertson v. Bayer | Jean | 03-04189 | Mn res/MN filed; not selected by Court | |
| Goulet v. Bayer | Barbara | 03-03636 | | |
| Gribbon v. Bayer | Wendy | 02-04286 | | |
| Harris v. Bayer | Robert | 02-1143 | | |
| Hartman v. Bayer | John | 02-358 | | |
| Henry v. Bayer | Elizabeth | 02-02046 | dismissed; pltf res TN | off |
| Hesch v. Bayer | Marlene | 02-1396 | | |
| Hillier v. Bayer | Roni | 02-02621 | | |
| Hoffman v. Bayer | Patricia | 03-1425 | MN res/ EDPa filed | off |
| Husby v. Bayer | Linda | 03-02418 | MN res/ EDPa filed | off |
| Ibach v. Bayer | Harlowe | 03-02752 | MN res/ EDPa filed | off |
| Jones v. Bayer | Jenny | 03-03620 | | |
| Jurek v. Bayer | Roy | 03-02415 | MN res/ EDPa filed | off |
| Krohn v. Bayer | William | 01-1624 | master class rep | off |
| Lund v. Bayer | Cheryl | 03-997 | dismissed | off |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Lund v. Bayer | Janice | 03-996 | | |
| Meyer v. Bayer | Beth | 03-532 | MN res/ EDPa filed | off |
| Olander v. Bayer | Florence | 03-1086 | settled | off |
| Orsund v. Bayer | Greg | 02-02258 | MN res/ EDPa filed | off |
| Phillips v. Bayer | Tamera | 03-1000 | dismissed | off |
| Piekarski v. Bayer | | 02-01069 | Mn res/MN filed; not selected by Court; class | off |
| Pierce v. Bayer | Randy | 03-1003 | | |
| Plant v. Bayer | Mary | 02-02232 | CA res/ EDPa filed | off |
| Puhek v. Bayer | Mary | 02-04287 | submitted for settlement | off |
| Richards v. Bayer | Walter | 02-03664 | | |
| Riedlinger v. Bayer | Dennis | 01-1896 | class | off |
| Rude v. Bayer | Donald | 03-02244 | dismissed/ MN res/ EDPa filed | off |
| Schmit v. Bayer | Mark | 03-897 | | |
| Siegel v. Bayer | Loran | 02-04512 | MN res/ EDPa filed | off |
| Soliman v. Bayer | Mahmoud | 03-03635 | | |
| Stinar v. Bayer | Dale | 03-02717 | MN res/ EDPa filed | off |
| Stout v. Bayer | Patricia | 03-1001 | dismissed | off |
| Swanson v. Bayer | James | 03-1002 | dismissed | off |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Todd v. Bayer | Donna | 02-02192 | MN res/ EDPa filed | off |
| Verhelst v. Bayer | Marian | 03-02672 | MN res/ EDPa filed | off |
| Wangstad v. Bayer | Barbara | 03-02029 | MN res/ EDPa filed | off |
| Willard v. Bayer | Emma | 03-02288 | dismissed/MN res EDPa filed | off |

**MDL Random List**

| | | | | |
|---|---|---|---|---|
| Abramovitz vs Bayer Corporation | Steve | 0:3cv1253 | | |
| Akhtar vs Bayer AG | Jamil | 0:2cv3850 | Multiple plaintiffs, Akhtas still active | |
| Allied Svc Div Wel vs Bayer AG | | 0:2cv1255 | TPP case | off |
| Almada vs Bayer Corporation | Christine | 0:3cv124 | | |
| Alsworth vs Bayer Corporation | David | 0:2cv4832 | remanded | off |
| Anderson vs Bayer AG | Lois | 0:2cv3582 | settled | off |
| Apple vs Bayer Corporation | Charles | 0:3cv2394 | | |
| Archer vs Bayer Corporation | Rebecca | 0:2cv4665 | | |
| Baig vs Bayer Corporation | Mirza | 0:3cv1222 | | |
| Baines vs Bayer Corporation | James | 0:3cv1220 | | |
| Ball vs Bayer Corporation | Emelye | 0:2cv2518 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Barber vs Bayer Corporation | John | 0:2cv4538 | | |
| Barton vs Bayer Corporation | Frances | 0:2cv3126 | dismissed | off |
| Bates vs Bayer Corporation | Emma | 0:3cv1244 | dismissed | off |
| Bavett vs Bayer Corporation | Jayne | 0:3cv1279 | | |
| Benevento vs Bayer Corporation | Harry | 0:2cv1550 | | |
| Bera vs Bayer Corporation | Francis | 0:3cv1291 | dismissed | off |
| Besles vs Bayer AG | Guy | 0:3cv28 | | |
| Bierman vs Bayer Corporation | Richard | 0:3cv1295 | | |
| Blacklock vs Bayer Corporation | Marietta | 0:3cv129 | | |
| Blanco vs Bayer Corporation | Susana | 0:3cv132 | dismissed | off |
| Bohannon vs Bayer Corporation | Edward | 0:2cv2857 | | |
| Bowers vs Bayer AG | Albert | 0:2cv4403 | | |
| Breeding vs Bayer Corporation | Bill | 0:2cv1946 | | |
| Breen vs Bayer Corporation | John | 0:2cv1941 | | |
| Bridges vs Bayer Corporation | Kathy | 0:3cv2005 | dismissed | off |
| Brod vs Bayer Corporation | Irv | 0:2cv2204 | | |
| Broom vs Bayer Corporation | Walter | 0:2cv126 | | |
| Brumfield vs Bayer Corporation | Esther | 0:3cv1818 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Burrola vs Bayer AG | Jesus | 0:2cv4043 | | |
| Carpenter vs Bayer Corporation | John | 0:2cv747 | Multiple plaintiffs, Carpenter still active | |
| Carter vs Bayer Corporation | Elizabeth | 0:3cv1569 | dismissed | off |
| Casillas vs Bayer Corporation | Martin | 0:3cv2100 | | |
| Churchill vs Bayer Corporation | Dorothy | 0:2cv3321 | | |
| Clark vs Bayer Corporation | William | 0:2cv2804 | | |
| Clarkson vs Bayer Corporation | Robert | 0:3cv1576 | dismissed | off |
| Cleveland vs Bayer Corporation | Carl | 0:2cv1878 | | |
| Collier vs Bayer Corporation | Willie | 0:2cv4611 | | |
| Conger vs Bayer Corporation | Sherman | 0:3cv2007 | | |
| Cornett vs Bayer Corporation | Clarence | 0:2cv3182 | | |
| Corpening vs Bayer Corporation | Frederick | 0:2cv1881 | | |
| Cox vs Bayer Corporation | Mattie | 0:2cv1884 | | |
| Dagui vs Bayer AG | Joseph | 0:2cv745 | class | off |
| Danzo vs Bayer Corporation | Jacqueline | 0:2cv1892 | | |
| Dean vs Bayer Corporation | Diane | 0:2cv3236 | | |
| Decker vs Bayer Corporation | Donna | 0:3cv2694 | | |
| Dela Cruz vs Bayer Corporation | Vicenta | 0:3cv1973 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Dela Rosa vs Bayer Corporation | Noel | 0:3cv1901 | | |
| Deloch vs Bayer Corporation | Postell | 0:2cv2751 | | |
| Demetri vs Bayer Corporation | Linda | 0:2cv4641 | | |
| Derosa vs Bayer Corporation | Georgette | 0:3cv1952 | | |
| Dickerson vs Bayer Corporation | Margaret | 0:3cv1983 | | |
| Dimucco vs Bayer Corporation | Ann | 0:2cv3776 | | |
| Dubrico vs Bayer Corporation | James | 0:2cv1902 | | |
| Duncan vs Bayer Corporation | Sean | 0:3cv3035 | | |
| Durre vs Bayer Corporation | Donald | 0:3cv2056 | | |
| England vs Bayer AG | Bob | 0:2cv3870 | Lead plaintiff was dismissed | Next active plaintiff is Vern Frisk |
| Evans vs Bayer Corporation | Thelma | 0:2cv3168 | | |
| Falk vs Bayer Corporation | Victor | 0:3cv2585 | | |
| Flores vs Bayer Corporation | Debra | 0:2cv3322 | | |
| Frazier vs Bayer AG | Isaac | 0:3cv3604 | | |
| Gallagher vs Bayer Corporation | Virginia | 0:2cv1097 | | |
| Gallardo vs Bayer Corporation | Sally | 0:2cv2202 | | |
| Garcia vs Bayer Corporation | Michael | 0:2cv4623 | dismissed | off |
| Gernandt vs Bayer Corporation | Garry | 0:2cv2489 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Glossa vs Bayer Corporation | Sylvia | 0:3cv2398 | to be dismissed | off |
| Goins vs Bayer Corporation | Robert | 0:3cv2139 | | |
| Green vs Bayer Corporation | Dorothy | 0:2cv2712 | | |
| Gregory vs Bayer Corporation | Helen | 0:2cv2373 | | |
| Grumback vs Bayer Corporation | Robert | 0:2cv3400 | | |
| Guenther vs Bayer Corporation | Ola Gene | 0:3cv2361 | | |
| Haas vs Bayer Corporation | Dorothy | 0:3cv568 | | |
| Hagen vs Bayer Corporation | Orrin | 0:3cv143 | | |
| Hallett vs Bayer Corporation | Edward | 0:3cv412 | dismissed | off |
| Harris vs Bayer AG | Earl | 0:2cv187 | settled | off |
| Harris vs Bayer Corporation | Clarence | 0:2cv3270 | | |
| Hartman vs Bayer AG | Jack | 0:1cv2406 | class | off |
| Hayman vs Bayer Corporation | Robert | 0:2cv2040 | | |
| Hays vs Bayer Corporation | Carol | 0:3cv1976 | | |
| Heimburg vs Bayer Corporation | Karl | 0:3cv572 | dismissed | off |
| Hernandez vs Bayer Corporation | Mervine | 0:2cv3003 | | |
| Horton vs Bayer Corporation | Carolyn | 0:2cv2486 | | |
| Humphrey vs Bayer Corporation | Dorothy | 0:3cv575 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Innocenzi vs Bayer Corporation | Antonette | 0:3cv1757 | | |
| Jackson vs Bayer Corporation | Martha | 0:2cv3366 | | |
| Jacob vs Bayer Corporation | Ray | 0:3cv2106 | | |
| Jaks vs Bayer Corporation | Theodosia | 0:3cv689 | | |
| James vs Bayer Corporation | Lucius | 0:2cv2636 | | |
| John vs Bayer Corporation | Harry | 0:3cv2193 | Multiple plaintiffs, John still active | |
| Johnson vs Bayer Corporation | Marian | 0:2cv1197 | | |
| Johnson vs Bayer Corporation | Olene | 0:2cv3264 | | |
| Jones vs Bayer Corporation | John | 0:2cv4833 | remanded | off |
| Jones vs Bayer Corporation | Mary | 0:2cv2998 | | |
| Jones vs Bayer Corporation | Bennie | 0:2cv3164 | | |
| Jopalian vs Bayer Corporation | Vahe | 0:3cv706 | | |
| Justice vs Bayer Corporation | Dwight | 0:3cv528 | | |
| Kauffman vs Bayer Corporation | Richard | 0:3cv473 | | |
| Lagman vs Bayer Corporation | Jose | 0:3cv2197 | Multiple plaintiffs, Lagman still active | |
| Lari vs Bayer Corporation | Riffat | 0:3cv702 | | |
| Laundreaux vs Bayer Corporation | Marvel | 0:2cv3127 | | |
| Lauricella vs Bayer Corporation | Charles | 0:3cv2064 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Lay vs Bayer Corporation | Debbie | 0:3cv700 | | |
| Leach vs Bayer Corporation | Wilda | 0:2cv2062 | | |
| Leone vs Bayer Corporation | Francine | 0:3cv690 | | |
| Liebherr, et al vs Bayer Corporation | Gunter | 0:2cv2283 | | |
| Ling vs Bayer Corporation | Geraldine | 0:2cv2065 | | |
| Llave vs Bayer Corporation | Leobar | 0:2cv2199 | | |
| Love vs Bayer Corporation | Sharon | 0:3cv1436 | | |
| Lowe vs Bayer Corporation | Debra | 0:2cv3967 | | |
| Manriquez vs Bayer Corporation | Roland | 0:3cv1624 | | |
| Martinez vs Bayer Corporation | Maria | 0:3cv1864 | dismissed | off |
| Mathews vs Bayer Corporation | Paul | 0:2cv2802 | | |
| McChristian vs Bayer AG | Charles | 0:2cv4693 | class | off |
| McDonald vs Bayer AG | Charlie | 0:3cv3617 | | |
| McDonald vs Bayer Corporation | Ruby | 0:3cv2736 | | |
| McIlroy vs Bayer Corporation | Patti | 0:2cv1571 | | |
| McLean vs Bayer Corporation | Beatrice | 0:2cv3427 | | |
| McMullen vs Bayer Corporation | Sam | 0:3cv512 | dismissed | off |
| Melton vs Bayer Corporation | Jerrell | 0:3cv266 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Mercado vs Bayer Corporation | Antonio | 0:2cv1609 | | |
| Miller vs Bayer Corporation | Paul | 0:3cv1943 | | |
| Mills vs Bayer Corporation | Dennis | 0:3cv1690 | | |
| Mitchell vs Bayer Corporation | Troy | 0:2cv2159 | | |
| Moore vs Bayer Corporation | Charles | 0:2cv2068 | | |
| Moore vs Bayer Corporation | Jolene | 0:2cv2527 | | |
| Morrow vs Bayer Corporation | Alph | 0:3cv1700 | | |
| Murray vs Bayer AG | Rhea | 0:2cv2112 | | |
| Musselman vs Bayer Corporation | Robert | 0:3cv1437 | | |
| Nailor vs Bayer Corporation | James | 0:3cv2420 | | |
| Nargentino vs Bayer Corporation | Ann | 0:3cv2581 | | |
| Newton vs Bayer Corporation | Mae Dean | 0:2cv553 | | |
| Ochoa vs Bayer Corporation | John | 0:3cv1510 | | |
| O'Donnell vs Bayer Corporation | Gloria | 0:3cv1645 | | |
| Orci vs Bayer Corporation | Delia | 0:3cv1525 | | |
| Oshinksky vs Bayer Corporation | Paul | 0:2cv1460 | | |
| Pack vs Bayer Corporation | Charles | 0:3cv1616 | dismissed | off |
| Patin vs Bayer Corporation | Carolyn | 0:2cv2759 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Patrick vs Bayer Corporation | Violet | 0:3cv101 | | |
| Pedersen vs Bayer Corporation | Byron | 0:2cv2615 | | |
| Pedone vs Bayer Corporation | Annette | 0:3cv2674 | | |
| Peloquin vs Bayer Corporation | Conrad | 0:3cv1654 | dismissed | off |
| Perkins vs Bayer Corporation | Gary | 0:2cv1605 | | |
| Phillips vs Bayer AG | Agnes | 0:2cv4401 | class | off |
| Piskel vs Bayer Corporation | Edith | 0:3cv1530 | dismissed | off |
| Porter vs Bayer Corporation | Roger | 0:2cv3308 | | |
| Powell vs Bayer AG | Frances | 0:3cv3148 | Motion to remand pending | off |
| Prasad vs Bayer Corporation | Bejai | 0:3cv1709 | | |
| Pritchett vs Bayer Corporation | James | 0:2cv2648 | | |
| Quinonez vs Bayer Corporation | Fred | 0:2cv1544 | | |
| Racal vs Bayer A G | Florinda | 0:2cv4834 | remand motion coming, not yet filed | off |
| Reddick vs Bayer Corporation | Shirley | 0:2cv4108 | | |
| Reed vs Bayer Corporation | George | 0:3cv2311 | | |
| Retes vs Bayer Corporation | Alice | 0:2cv3355 | | |
| Rhobotham vs Bayer Corporation | Josephine | 0:2cv1491 | | |
| Rodrequez vs Bayer Corporation | Raymond | 0:2cv1969 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Rolen vs Bayer Corporation | Patricia | 0:3cv501 | | |
| Rolland vs Bayer AG | Marilyn | 0:2cv875 | class | off |
| Ropach vs Bayer Corporation | John | 0:3cv2316 | | |
| Roper vs Bayer Pharmaceutical | Lowell | 0:3cv3140 | Remand motion pending | off |
| Rosso vs Bayer Corporation | Ljubikza | 0:3cv646 | | |
| Rothberg vs Bayer Corporation | Melvin | 0:2cv873 | consumer fraud class; non injury; remand pending | off |
| Saldana vs Bayer Corporation | Albert | 0:2cv2805 | | |
| Sandoval vs Bayer Corporation | Jerry | 0:2cv3868 | Multiple plaintiffs, Sandoval still active | |
| Santino vs Bayer AG | Matt | 0:3cv3126 | | |
| Schmidt vs Bayer Corporation | Jason | 0:3cv2742 | | |
| Scott vs Bayer Corporation | Terry | 0:3cv1494 | | |
| Seay vs Bayer Corporation | Cherlyn | 0:3cv3051 | | |
| Semler vs Bayer AG | Barbara | 0:2cv3950 | class | off |
| Shack vs Bayer Corporation | Mattie | 0:2cv2737 | | |
| Skinner vs Bayer Corporation | William | 0:3cv1999 | | |
| Smithe vs Bayer Corporation | Otis | 0:1cv2384 | class | off |
| Stramondo vs Bayer Corporation | Victor | 0:2cv145 | to be dismissed | off |
| Street vs Bayer Corporation | Elbert | 0:3cv3004 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Strem vs Bayer Corporation | Gary | 0:3cv368 | | |
| Sullivan vs Bayer Corporation | Hugh | 0:3cv369 | | |
| Swartz vs Bayer Corporation | Robert | 0:3cv634 | | |
| Taylor vs Bayer Corporation | Lurel | 0:2cv4673 | | |
| Temple vs Bayer Corporation | Bnetty | 0:2cv2418 | | |
| Tharpe vs Bayer Corporation | James | 0:2cv2585 | | |
| Thomas vs Bayer Corporation | William | 0:2cv3175 | | |
| Tittle vs Bayer Corporation | Charlotte | 0:2cv2398 | | |
| Todd vs Bayer Corporation | Cathy | 0:2cv3066 | | |
| Toth vs Bayer AG | Ida | 0:2cv154 | Lead pltf settled | off |
| Trent vs Bayer Corporation | Robert | 0:2cv4674 | | |
| Tupas vs Bayer Corporation | Bong | 0:3cv244 | dismissed | off |
| Van Eaton vs Bayer AG | Cheryl | 0:2cv1021 | | |
| Vanhoose vs Bayer AG | Ernest | 0:2cv743 | settled | off |
| Volanti vs Bayer Corporation | Charles | 0:2cv2304 | | |
| Wafer vs Bayer Corporation | Annie | 0:2cv2170 | | |
| Walker vs Bayer Corporation | Daphne | 0:2cv1615 | | |
| Walters vs Bayer Corporation | Marjorie | 0:3cv2289 | | |

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

| | | | | |
|---|---|---|---|---|
| Ward vs Bayer Corporation | Kirk | 0:3cv483 | dismissed | off |
| Weeks vs Bayer Corporation | Carol | 0:3cv3360 | | |
| Weise vs Bayer Corporation | Sue | 0:2cv3275 | | |
| Whitfield vs Bayer Corporation | Patricia | 0:3cv217 | | |
| Wilkins vs Bayer Corporation | Andrew | 0:3cv1426 | | |
| Wood vs Bayer Corporation | Gary | 0:2cv2004 | | |
| Worfel vs Bayer Corporation | Richard | 0:3cv2067 | | |
| Zachery vs Bayer Corporation | Celena | 0:3cv274 | dismissed | off |
| Zuckerman vs Bayer Corporation | Theodore | 0:3cv822 | | |

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

# Exhibit 5

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

W E I T Z
&
L U X E N B E R G
A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

W. SCOTT ARMSTRONG ¶
SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT ¥
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††

CHARLES M. FERGUSON
STUART R FRIEDMAN
LAWRENCE GOLDHIRSCH °"
EDWARD J. HAHN*
CATHERINE HEACOX ††
MARIE I. IANNIELLO †
ERIK JACOBS ‡
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL ••‡
DEBBI LANDAU
JAMES C. LONG, JR. ••

VICTORIA MANIATIS ††
RICHARD S. McGOWAN " ‡‡ ‡
C. SANDERS McNEW *ø
RICHARD MEADOW ••
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
G. RUSSELL RAGLAND °°
ELLEN RELKIN *
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON††
DOUGLAS D. VON OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ▪
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsol
‡ Also admitted in CT
" Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
•• Also admitted in NJ and PA
Also admitted in NJ and DC
¶ Admitted only in NJ and PA
¥ Also admitted in VA and NJ
°° Also admitted in DC and TX
∞ Also admitted in DC, MD, PA and VA
ø Also admitted in DC and VA
▪ Admitted only in CO

# FAX TRANSMISSION COVER PAGE

## *TO:*

**Name:** Sherry Knutson
**Company:** Sidley, Austin, Brown & Wood
**Fax Number:** 312-853-7036
**Telephone:** 312-853-4710

## *FROM:*

**Name:** John Pennock
**Fax Number:** 212-363-2721
**Telephone:** 212-558-5936

## COMMENTS:

Date and time of transmission: **November 17, 2003**
Number of pages including this cover sheet: 17

### NOTICE

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosures under applicable law. If the reader of this notice is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the address shown above by first class mail.

51 HADDONFIELD ROAD, SUITE 160 • CHERRY HILL, NJ 08002 • TEL 856-488-9001 • FAX 856-488-9077
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE, NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

W E I T Z
&
L U X E N B E R G
A PROFESSIONAL CORPORATION
• LAW OFFICES •
180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT ¥
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
CHARLES M. FERGUSON
STUART R. FRIEDMAN

LAWRENCE GOLDHIRSCH *^
EDWARD J. HAHN *
CATHERINE HEACOX ††
MARIE L. IANNIELLO †
ERIK JACOBS
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL **‡
RORY I. LANCMAN
DEBBI LANDAU
JAMES C. LONG, JR. ***
VICTORIA MANIATIS ††

RICHARD S. McGOWAN * ‡‡ †
C. SANDERS McNEW *ø
RICHARD MEADOW **
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK
STUART S. PERRY *
G. RUSSELL RAGLAND *^
ELLEN RELKIN *▲
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS
CHRIS ROMANELLI ††

DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SHELDON SILVER *
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. von OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
^ Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
** Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
¥ Also admitted in VA and NJ
*** Also admitted in DC and TX
∞ Admitted only in DC, MD, PA and VA
ø Also admitted in DC, VA
■ Admitted only in CO

November 17, 2003

**Via Fax and Regular Mail**

Sherry Knutson, Esq.
Sidley, Austin, Brown & Wood
One Bank Plaza
10 South Dearborn Street
Chicago, IL 60603
Tel: 312-853-4710
Fax: 312-853-7036

**Re: In re Baycol Products Liablility Litigation, MDL-1431**

Dear Ms. Knutson:

Enclosed please find the six revised consolidated dismissal's beginning with Jolene Moore v. Bayer Corp., et. al.

If you have any questions, please feel free to contact me at 212 558-5936. Thank you.

Very truly yours,
**Weitz & Luxenberg, P.C.**

By: [signature]
John Pennock

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/JGL)

This Document Relates to:

| | | |
|---|---|---|
| *Moore, Jolene v. Bayer Corp., et al.* | *Case No.* | *02-2527* |
| *Leone, Francine v. Bayer Corp., et al.* | *Case No.* | *03-0690* |
| *Pedersen, Byron v. Bayer Corp., et al.* | *Case No.* | *02-2615* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by an between counsel for plaintiffs and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC, that the above-captioned matters be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41 (a) (1). The parties shall bear their own costs.

Dated: November 17, 2003

**WEITZ & LUXENBERG, P.C.**
Paul J. Pennock, Esq.
Victoria J. Maniatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5906
*Attorneys for Plaintiffs*

Dated: ____________________

Peter W. Sipkins (No. 101540)
**DORSEY & WHITNEY LLP**
Suite 1500
50 South Sixth Street

Dated: ____________________

Scott A. Smith
Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT**
54 West Hubbard, Street, Suite 300
Chicage, IL 60603
(312) 494-4400

Susan A. Weber
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
**SIDLEY AUSTIN BROWN & WOOD**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
**ECKERT SEAMENS CHERIN & MELLOTT, LLC**
USX Tower, 600 St, 44th Floor
Pittsburgh, PA, 15219
(412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
**DECHERT, PRICE, RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned mattered are dismissed without prejudice.

DATED: ______________________

______________________
The Honorable Michael J. Davis
United States District Court

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/JGL)

This Document Relates to:

| | | |
|---|---|---|
| *Moskala, Virginia et al. v. Bayer Corp. et al.* | *Case No.* | *03-4060* |
| *Oatis, Eloise v. Bayer Corp. et al.* | *Case No.* | *03-3835* |
| *Cleveland, Carl v. Bayer Corp. et al.* | *Case No.* | *02-1878* |
| *Durham, Ruth v. Bayer Corp. et al.* | *Case No.* | *02-4500* |
| *White, Dennis v. Bayer Corp. et al.* | *Case No.* | *02-1998* |
| *Wilmore, Bonnie Sue et al. v. Bayer Corp. et al.* | *Case No.* | *03-0177* |
| *Wallach, Herbert v. Bayer Corp. et al.* | *Case No.* | *02-3344* |
| *Thames, Alvin v. Bayer Corp. et al.* | *Case No.* | *02-2816* |
| *Thompson, Patricia v. Bayer Corp. et al.* | *Case No.* | *02-2396* |
| *Tester, Linda v. Bayer Corp. et al.* | *Case No.* | *02-2393* |
| *Simon, Ada v. Bayer Corp. et al.* | *Case No.* | *03-0329* |
| *Sirls, anna et al. v. Bayer Corp. et al.* | *Case No.* | *02-2033* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by an between counsel for plaintiff and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC, that the above-captioned matters be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41 (a) (1). The parties shall bear their own costs.

Dated: November 17, 2003

______________________________

**WEITZ & LUXENBERG, P.C.**
Paul J. Pennock, Esq.
Victoria J. Maniatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5906
*Attorneys for Plaintiffs*

Dated: ________________ Dated: ________________

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

Peter W. Sipkins (No. 101540)
**DORSEY & WHITNEY LLP**
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT**
54 West Hubbard, Street, Suite 300
Chicage, IL 60603
(312) 494-4400

Susan A. Weber
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
**SIDLEY AUSTIN BROWN & WOOD**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
**ECKERT SEAMENS CHERIN & MELLOTT, LLC**
USX Tower, 600 St, 44th Floor
Pittsburgh, PA, 15219
(412) 566-6000
*Counsel for Bayer Corporation and Bayer AG*

Scott A. Smith
Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
**DECHERT, PRICE, RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED: ____________________

____________________
The Honorable Michael J. Davis
United States District Court

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |

| | | |
|---|---|---|
| *Perez, William et al. v. Bayer Corp. et al.* | *Case No.* | *03-0400* |
| *Tippitt, Barbara v. Bayer Corp. et al.* | *Case No.* | *03-0235* |
| *Sarkar, Shovan et al. v. Bayer Corp. et al.* | *Case No.* | *02-2020* |
| *Paul, Delbert et al. v. Bayer Corp. et al.* | *Case No.* | *02-3214* |
| *Moats, Eileen v. Bayer Corp. et al.* | *Case No.* | *02-3266* |
| *Jones, Augustine v. Bayer Corp. et al.* | *Case No.* | *03-0381* |
| *Gidey, Ibrahim v. Bayer Corp. et al.* | *Case No.* | *03-0613* |
| *Webb Jr., Cordis v. Bayer Corp. et al.* | *Case No.* | *02-3362* |
| *Stanitski, Leonard et al. v. Bayer Corp. et al.* | *Case No.* | *02-3253* |
| *Tellis, Charles et al. v. Bayer Corp. et al.* | *Case No.* | *02-4655* |
| *Slaughter, Linda v. Bayer Corp. et al.* | *Case No.* | *03-0322* |
| *Taylor, Donald v. Bayer Corp. et al.* | *Case No.* | *03-0742* |
| *Thompson, Donald et al. v. Bayer Corp. et al.* | *Case No.* | *02-2420* |
| *Siminuk, Mike et al. v. Bayer Corp. et al.* | *Case No.* | *02-4567* |
| *Perry, Nellie et al. v. Bayer Corp. et al.* | *Case No.* | *03-0385* |
| *Seaton, Winella et al. v. Bayer Corp. et al.* | *Case No.* | *02-2670* |
| *Little, Howard et al. v. Bayer Corp. et al.* | *Case No.* | *03-0799* |
| *Rhodes, Australia v. Bayer Corp. et al.* | *Case No.* | *02-2566* |
| *Weeks, Lilian v. Bayer Corp. et al.* | *Case No.* | *02-3224* |
| *Purvis, Gary et al. v. Bayer Corp. et al.* | *Case No.* | *03-1863* |
| *Vanderpool, Robert et al. v. Bayer Corp. et al.* | *Case No.* | *03-0206* |
| *Vasquez, Bernadette v. Bayer Corp. et al.* | *Case No.* | *02-3357* |
| *Ruszala, Marilyn et al. v. Bayer Corp. et al.* | *Case No.* | *03-0461* |
| *Rusca, John et al. v. Bayer Corp. et al.* | *Case No.* | *03-0459* |
| *Marrone, Mary v. Bayer Corp. et al.* | *Case No.* | *02-2866* |
| *Nitzel, Donna et al. v. Bayer Corp. et al.* | *Case No.* | *02-2292* |
| *Picola, James v. Bayer Corp. et al.* | *Case No.* | *02-2092* |
| *Simmons, Irene et al. v. Bayer Corp. et al.* | *Case No.* | *02-4502* |
| *Prestia, Michael v. Bayer Corp. et al.* | *Case No.* | *03-3745* |
| *Pentimone, Joan et al. v. Bayer Corp. et al.* | *Case No.* | *03-0417* |
| *Murphy, Alice v. Bayer Corp. et al.* | *Case No.* | *02-2241* |
| *Stanley, Jean v. Bayer Corp. et al.* | *Case No.* | *02-3298* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

IT IS HEREBY STIPULATED AND AGREED by an between counsel for plaintiff and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC, that the above-captioned matters be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41 (a) (1). The parties shall bear their own costs.

Dated: November 17, 2003

________________________
**WEITZ & LUXENBERG, P.C.**
Paul J. Pennock, Esq.
Victoria J. Maniatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5906
*Attorneys for Plaintiffs*

Dated: ________________

________________________
Peter W. Sipkins (No. 101540)
**DORSEY & WHITNEY LLP**
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT**
54 West Hubbard, Street, Suite 300
Chicage, IL 60603
(312) 494-4400

Susan A. Weber
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street

Dated: ________________

________________________
Scott A. Smith
Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
**DECHERT, PRICE, RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
**SIDLEY AUSTIN BROWN & WOOD**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
**ECKERT SEAMENS CHERIN & MELLOTT, LLC**
USX Tower, 600 St, 44th Floor
Pittsburgh, PA, 15219
(412) 566-6000
*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED: ____________________

____________________
The Honorable Michael J. Davis
United States District Court

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/JGL)

This Document Relates to:

| | |
|---|---|
| *Weise, Sue v. Bayer Corp. et al.* | *Case No. 02-3275* |
| *Danzo, Jaqueline v. Bayer Corp. et al.* | *Case No. 02-1892* |
| *Schaller, Edna et al. v. Bayer Corp. et al.* | *Case No. 02-3278* |
| *Brinkhaus, Mary v. Bayer Corp. et al.* | *Case No. 02-1855* |
| *Glass, Thelma et al. v. Bayer Corp. et al.* | *Case No. 03-1981* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by an between counsel for plaintiff and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC, that the above-captioned matters be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41 (a) (1). The parties shall bear their own costs.

Dated: November 17, 2003

______________________________
**WEITZ & LUXENBERG, P.C.**
Paul J. Pennock, Esq.
Victoria J. Maniatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5906
*Attorneys for Plaintiffs*

Dated: ________________

______________________
Peter W. Sipkins (No. 101540)

Dated: ________________

______________________
Scott A. Smith

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

**DORSEY & WHITNEY LLP**
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT**
54 West Hubbard, Street, Suite 300
Chicage, IL 60603
(312) 494-4400

Susan A. Weber
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
**SIDLEY AUSTIN BROWN & WOOD**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
**ECKERT SEAMENS CHERIN & MELLOTT, LLC**
USX Tower, 600 St, 44th Floor
Pittsburgh, PA, 15219
(412) 566-6000
*Counsel for Bayer Corporation and Bayer AG*

Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
**DECHERT, PRICE, RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED: ____________________

____________________________
The Honorable Michael J. Davis
United States District Court

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/JGL)

This Document Relates to:

| | | |
|---|---|---|
| *Matsanka, Harold et al. v. Bayer Corp. et al.* | *Case No.* | *03-4082* |
| *Turner, Lee et al. v. Bayer Corp. et al.* | *Case No.* | *03-0618* |
| *Ness, Stephen et al. v. Bayer Corp. et al.* | *Case No.* | *02-2291* |
| *Todd, Ruby et al. v. Bayer Corp. et al.* | *Case No.* | *03-0664* |
| *Slack, Ruth v. Bayer Corp. et al.* | *Case No.* | *02-3300* |
| *Michaels, Scott et al. v. Bayer Corp. et al.* | *Case No.* | *02-2078* |
| *Randolph, Ruth et al. v. Bayer Corp. et al.* | *Case No.* | *02-2849* |
| *Woolfolk, Theresa et al. v. Bayer Corp. et al.* | *Case No.* | *02-2365* |
| *Laurila, Kazuko et al. v. Bayer Corp. et al.* | *Case No.* | *03-0282* |
| *Leonard, Earl et al. v. Bayer Corp. et al.* | *Case No.* | *03-0794* |
| *Webb, Mildred et al. v. Bayer Corp. et al.* | *Case No.* | *02-3324* |
| *Mendonca, Richard et al. v. Bayer Corp. et al.* | *Case No.* | *03-0520* |
| *Otey, Beverly v. Bayer Corp. et al.* | *Case No.* | *02-1479* |
| *Lynn, Charlsie et al. v. Bayer Corp. et al.* | *Case No.* | *02-3386* |
| *Napier, Virgil et al. v. Bayer Corp. et al.* | *Case No.* | *02-4572* |
| *Rackley, Marie et al. v. Bayer Corp. et al.* | *Case No.* | *02-4466* |
| *Tresslar, Nora et al. v. Bayer Corp. et al.* | *Case No.* | *02-4606* |
| *Ruffato, Robert v. Bayer Corp. et al.* | *Case No.* | *03-0460* |
| *Patterson, Bob et al. v. Bayer Corp. et al.* | *Case No.* | *02-3254* |
| *Luby, Donna et al. v. Bayer Corp. et al.* | *Case No.* | *02-1179* |
| *Mihalopoulos, Nick v. Bayer Corp. et al.* | *Case No.* | *03-0494* |
| *Tolliver, Catherine v. Bayer Corp. et al.* | *Case No.* | *02-2423* |
| *Woods, Melvin et al. v. Bayer Corp. et al.* | *Case No.* | *02-2884* |
| *Weidman, Sr., Robert et al. v. Bayer Corp. et al.* | *Case No.* | *03-0554* |
| *Levy, Harold v. Bayer Corp. et al.* | *Case No.* | *03-0267* |
| *Malkowski, Dorothy v. Bayer Corp. et al.* | *Case No.* | *02-2487* |
| *Winterberg, Bebe v. Bayer Corp. et al.* | *Case No.* | *03-0593* |
| *Pattison, Robert v. Bayer Corp. et al.* | *Case No.* | *03-1516* |
| *Steward, Mary v. Bayer Corp. et al.* | *Case No.* | *03-0313* |
| *Sturgil, Joseph et al. v. Bayer Corp. et al.* | *Case No.* | *03-0362* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by an between counsel for plaintiff and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC, that the above-captioned matters be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41 (a) (1). The parties shall bear their own costs.

Dated: November 17, 2003

______________________________
**WEITZ & LUXENBERG, P.C.**
Paul J. Pennock, Esq.
Victoria J. Mamatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5906
*Attorneys for Plaintiffs*

Dated: ________________

______________________________
Peter W. Sipkins (No. 101540)
**DORSEY & WHITNEY LLP**
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT**
54 West Hubbard, Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: ________________

______________________________
Scott A. Smith
Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
**DECHERT, PRICE, RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

Gene C. Schaerr
**SIDLEY AUSTIN BROWN & WOOD**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
**ECKERT SEAMENS CHERIN & MELLOTT, LLC**
USX Tower, 600 St, 44th Floor
Pittsburgh, PA, 15219
(412) 566-6000
*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED: ______________________

______________________________
The Honorable Michael J. Davis
United States District Court

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |

| | | |
|---|---|---|
| *Abner Sr., Robert et al. v. Bayer Corp., et al.* | *Case No.* | *03-1236* |
| *Adams, Alice et al. v. Bayer Corp., et al.* | *Case No.* | *02-1848* |
| *Adams, Laurie et al. v. Bayer Corp., et al.* | *Case No.* | *02-1534* |
| *Akins, Keith et al. v. Bayer Corp., et al.* | *Case No.* | *02-2281* |
| *Alexander, Mary v. Bayer Corp., et al.* | *Case No.* | *02-2210* |
| *Allen, Linda Kay v. Bayer Corp., et al.* | *Case No.* | *03-1233* |
| *Anderson, C.J. et al. v. Bayer Corp., et al.* | *Case No.* | *03-0127* |
| *Arnold, Nancy et al. v. Bayer Corp., et al.* | *Case No.* | *02-1861* |
| *Ashcraft, Lennie v. Bayer Corp., et al.* | *Case No.* | *02-4610* |
| *Baer, Gerald et al. v. Bayer Corp., et al.* | *Case No.* | *03-1201* |
| *Bahadori, Nancy v. Bayer Corp., et al.* | *Case No.* | *03-1226* |
| *Barnard, Agnes v. Bayer Corp., et al.* | *Case No.* | *03-1318* |
| *Bartlett, George et al. v. Bayer Corp., et al.* | *Case No.* | *02-3153* |
| *Bartlett, William et al. v. Bayer Corp., et al.* | *Case No.* | *02-1865* |
| *Bauer, Randy et al. v. Bayer Corp., et al.* | *Case No.* | *02-1511* |
| *Beeman, Patricia et al. v. Bayer Corp., et al.* | *Case No.* | *02-2850* |
| *Behrend, Jeannette et al. v. Bayer Corp., et al.* | *Case No.* | *03-1298* |
| *Bentler, Kevin v. Bayer Corp., et al.* | *Case No.* | *02-2853* |
| *Berridge, Sharon v. Bayer Corp., et al.* | *Case No.* | *02-1405* |
| *Bigelow, Bernice v. Bayer Corp., et al.* | *Case No.* | *03-1321* |
| *Bojorquez-Ruiz, Jesus et al. v. Bayer Corp., et al.* | *Case No.* | *02-1926* |
| *Bonilla Sr., Alfred et al. v. Bayer Corp., et al.* | *Case No.* | *02-1931* |
| *Bonneau, William et al. v. Bayer Corp., et al.* | *Case No.* | *02-2879* |
| *Borosky, Joanne et al. v. Bayer Corp., et al.* | *Case No.* | *02-1570* |
| *Bossi, Virginia et al. v. Bayer Corp., et al.* | *Case No.* | *02-4551* |
| *Boursaw, Josephine v. Bayer Corp., et al.* | *Case No.* | *03-1938* |
| *Bowman, Kathleen et al. v. Bayer Corp., et al.* | *Case No.* | *02-4646* |
| *Bradley, Patricia v. Bayer Corp., et al.* | *Case No.* | *02-2812* |
| *Brandon, Louise v. Bayer Corp., et al.* | *Case No.* | *03-1305* |
| *Brandon Sr., Billy et al. v. Bayer Corp., et al.* | *Case No.* | *02-2858* |
| *Bratton, Willene et al. v. Bayer Corp., et al.* | *Case No.* | *02-1945* |
| *Bray, Bill et al. v. Bayer Corp., et al.* | *Case No.* | *03-1248* |
| *Collins, Emania v. Bayer Corp., et al.* | *Case No.* | *02-3081* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

E-SERVED 02/17/04 08:48 PM ET Baycol MDL 1431

IT IS HEREBY STIPULATED AND AGREED by an between counsel for plaintiff and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC, that the above-captioned matters be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41 (a) (1). The parties shall bear their own costs.

Dated: November 17, 2003

**WEITZ & LUXENBERG, P.C.**
Paul J. Pennock, Esq.
Victoria J. Maniatis, Esq.
180 Maiden Lane
New York, NY 10038
(212) 558-5906
*Attorneys for Plaintiffs*

Dated: __________________

Peter W. Sipkins (No. 101540)
**DORSEY & WHITNEY LLP**
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
**BARTLIT BECK HERMAN PALENCHAR & SCOTT**
54 West Hubbard, Street, Suite 300
Chicage, IL 60603
(312) 494-4400

Susan A. Weber
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street

Dated: __________________

Scott A. Smith
Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
**DECHERT, PRICE, RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

E-SERVED
02/17/04
08:48 PM ET
Baycol MDL 1431

Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
**SIDLEY AUSTIN BROWN & WOOD**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
**ECKERT SEAMENS CHERIN & MELLOTT, LLC**
USX Tower, 600 St, 44th Floor
Pittsburgh, PA, 15219
(412) 566-6000
*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED: ______________________

______________________________
The Honorable Michael J. Davis
United States District Court