UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** MDL No. 1431 (MJD/JGL)

**O R D E R**

**This Document Also Relates to:**

| | |
|---|---|
| ***Steve Abramovitz v. Bayer Corp., et al.*** | **Case No. 03-1253** |
| ***Charles Apple, et al., v. Bayer Corp., et al.*** | **Case No. 03-2394** |
| ***Mirza Baig v. Bayer Corp., et al.*** | **Case No. 03-1222** |
| ***John Barber, et al., v. Bayer Corp., et al.*** | **Case No. 02-4538** |
| ***Jayne Bavett, et al., v. Bayer Corp., et al.*** | **Case No. 03-1279** |
| ***Richard Bierman, et al., v. Bayer Corp., et al.*** | **Case No. 03-1295** |
| ***Harvey Bradley v. Bayer Corp., et al.*** | **Case No. 02-3094** |
| ***Bill Breeding, et al., v. Bayer Corp., et al.*** | **Case No. 02-1946** |
| ***Mary Brinkhaus, et al., v. Bayer Corp., et al.*** | **Case No. 02-1855** |
| ***Catherine Burke-Sherman, et al. v. Bayer Corp., et al.*** | **Case No. 02-4636** |
| ***John Carpenter, et al., v. Bayer Corp., et al.*** | **Case No. 02-0747** |
| ***Charles Conner, et al., v. Bayer Corp., et al.*** | **Case No. 03-1560** |
| ***Wambi Cook v. Bayer Corp., et al.*** | **Case No. 02-4554** |
| ***Clarence Cornett, et al., v. Bayer Corp., et al.*** | **Case No. 02-3182** |
| ***Frederick Corpening, et al. v. Bayer Corp., et al.*** | **Case No. 02-1881** |
| ***Jaqueline Danzo, et al., v. Bayer Corp., et al.*** | **Case No. 02-1892** |
| ***Diane Dean, et al., v. Bayer Corp., et al.*** | **Case No. 02-3236** |
| ***Donna Decker, et al., v. Bayer Corp., et al.*** | **Case No. 03-2694** |
| ***Vicenta Dela Cruz, et al., v. Bayer Corp., et al.*** | **Case No. 03-1973** |
| ***Linda Demetri, et al., v. Bayer Corp., et al.*** | **Case No. 02-4641** |
| ***Janice Devick v. Bayer Corp., et al.*** | **Case No. 02-2466** |
| ***James Dubrico, et al., v. Bayer Corp., et al.*** | **Case No. 02-1902** |
| ***Tonya Elliott, et al., v. Bayer Corp., et al.*** | **Case No. 02-1907** |
| ***Thelma Evans v. Bayer Corp., et al.*** | **Case No. 02-3168** |
| ***Garry Gernandt v. Bayer Corp., et al.*** | **Case No. 02-2489** |
| ***Thelma Glass, et al., v. Bayer Corp., et al.*** | **Case No. 03-1981** |
| ***Ola Gene Guenther v. Bayer Corp., et al.*** | **Case No. 03-2361** |
| ***Sat Gupta, et al., v. Bayer Corp., et al.*** | **Case No. 02-1981** |
| ***Carol Hays, et al., v. Bayer Corp., et al.*** | **Case No. 03-1976** |
| ***Marlene Hesch, et al., v. Bayer Corp., et al.*** | **Case No. 02-1396** |
| ***Roni Hillier v. Bayer Corp., et al.*** | **Case No. 02-2621** |
| ***Dorothy Humphrey v. Bayer Corp., et al.*** | **Case No. 03-0575** |

| | |
|---|---|
| ***Martha Jackson v. Bayer Corp., et al.*** | **Case No. 02-3366** |
| ***Ray Jacob, et al., v. Bayer Corp., et al.*** | **Case No. 03-2106** |
| ***Marian Johnson v. Bayer Corp., et al.*** | **Case No. 02-1197** |
| ***Olene Johnson, et al., v. Bayer Corp., et al.*** | **Case No. 02-3264** |
| ***Bennie Jones, et al., v. Bayer Corp., et al.*** | **Case No. 02-3164** |
| ***Richard Kauffman v. Bayer Corp., et al.*** | **Case No. 03-0473** |
| ***Kimberly Kidd, et al., v. Bayer Corp., et al.*** | **Case No. 03-2186** |
| ***Marvel Laundreaux v. Bayer Corp., et al.*** | **Case No. 02-3127** |
| ***Debbie Lay v. Bayer Corp., et al.*** | **Case No. 03-0700** |
| ***Francine Leone v. Bayer Corp., et al.*** | **Case No. 03-0690** |
| ***Geraldine Ling, et al., v. Bayer Corp., et al.*** | **Case No. 02-2065** |
| ***Roland Manriquez v. Bayer Corp., et al.*** | **Case No. 03-1624** |
| ***Paul Matthews, et al., v. Bayer Corp., et al.*** | **Case No. 02-2802** |
| ***Beatrice McLean v. Bayer Corp., et al.*** | **Case No. 02-3427** |
| ***Jerrell Melton v. Bayer Corp., et al.*** | **Case No. 03-0266** |
| ***Antonio Mercado, et al., v. Bayer Corp., et al.*** | **Case No. 02-1609** |
| ***Paul Miller v. Bayer Corp., et al.*** | **Case No. 03-1943** |
| ***Jolene Moore, et al., v. Bayer Corp., et al.*** | **Case No. 02-2527** |
| ***Alph Morrow v. Bayer Corp., et al.*** | **Case No. 03-1700** |
| ***John Ochoa, et al., v. Bayer Corp., et al.*** | **Case No. 03-1510** |
| ***Delia Orci, et al., v. Bayer Corp., et al.*** | **Case No. 03-1525** |
| ***Paul Oshinsky v. Bayer Corp., et al.*** | **Case No. 02-1460** |
| ***Byron Pedersen v. Bayer Corp., et al.*** | **Case No. 02-2615** |
| ***Roger Porter v. Bayer Corp., et al.*** | **Case No. 02-3308** |
| ***Vincent Quidasol, et al., v. Bayer Corp., et al.*** | **Case No. 02-2377** |
| ***George Reed v. Bayer Corp., et al.*** | **Case No. 03-2311** |
| ***James Reynolds v. Bayer Corp., et al.*** | **Case No. 03-1537** |
| ***Raymond Rodrequez v. Bayer Corp., et al.*** | **Case No. 02-1969** |
| ***Patricia Rolen v. Bayer Corp., et al.*** | **Case No. 03-0501** |
| ***Edna Schaller, et al., v. Bayer Corp., et al.*** | **Case No. 02-3278** |
| ***Terry Scott v. Bayer Corp., et al.*** | **Case No. 03-1494** |
| ***Cherlyn Seay, et al., v. Bayer Corp., et al.*** | **Case No. 03-3051** |
| ***Elbert Street v. Bayer Corp., et al.*** | **Case No. 03-3004** |
| ***Lurel Taylor, et al., v. Bayer Corp., et al.*** | **Case No. 02-4673** |
| ***Betty Temple, et al., v. Bayer Corp., et al.*** | **Case No. 02-2418** |
| ***James Tharpe v. Bayer Corp., et al.*** | **Case No. 02-2585** |
| ***Joane Thornton, et al., v. Bayer Corp., et al.*** | **Case No. 03-0787** |
| ***Cathy Todd v. Bayer Corp., et al.*** | **Case No. 02-3066** |
| ***Charles Volanti, et al., v. Bayer Corp., et al.*** | **Case No. 02-2304** |
| ***Annie Wafer v. Bayer Corp., et al.*** | **Case No. 02-2170** |
| ***Eva Wagner v. Bayer Corp., et al.*** | **Case No. 02-2601** |
| ***Daphne Walker, et al., v. Bayer Corp., et al.*** | **Case No. 02-1615** |
| ***Marjorie Walters v. Bayer Corp., et al.*** | **Case No. 03-2289** |
| ***Sue Weise v. Bayer Corp., et al.*** | **Case No. 02-3275** |

---

Richard A. Lockridge, Lockridge Grindal Nauen, PLLP, and Charles Zimmerman, Zimmerman Reed, PLLP, for and on behalf of Plaintiffs.

Victoria Maniatis, Weitz & Luxemberg PC; Peter W. Sipkins, Dorsey & Whitney LLP; Philip S. Beck, Bartlit Beck Herman Palenchar & Scott; Susan A. Weber, Sidley Austin Brown & Wood; and Gene C. Schaerr, Sidley Austin Brown & Wood, for and on behalf of Bayer Corporation.

Tracy J. Van Steenburgh, Halleland Lewis Nilan Sipkins & Johnson, P.A., and Fred T. Magaziner, Dechert Price & Rhoads, for and on behalf of SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

---

Before the Court is Defendants' Joint Motion for Entry of Order Dismissing With Prejudice Program Cases Dropped by Weitz and Luxenberg. The motion has been fully briefed, and oral argument was scheduled for the February 24, 2004 status conference. At the status conference, the parties informed the Court that they have reached a compromise regarding the issues presented by the instant motion. In fact, the parties have prepared stipulations in the vast majority of the cases subject to this motion. The parties indicated that they are working toward compromise in the four remaining cases. Accordingly, the instant motions will be denied as moot.

**IT IS HEREBY ORDERED** that Defendants' Joint Motion for Entry of Order Dismissing With Prejudice Program Cases Dropped by Weitz and Luxenberg is **DENIED AS MOOT**. This Order applies to the following cases:

*Steve Abramovitz v. Bayer Corp., et al.* , Case No. 03-1253 [Doc. No. 16]

*Charles Apple, et al., v. Bayer Corp., et al.* , Case No. 03-2394 [Doc. No. 15]

*Mirza Baig v. Bayer Corp., et al.* , Case No. 03-1222 [Doc. No. 15]

*John Barber, et al., v. Bayer Corp., et al.* , Case No. 02-4538 [Doc. No. 15]

*Jayne Bavett, et al., v. Bayer Corp., et al.* , Case No. 03-1279 [Doc. No. 14]

*Richard Bierman, et al., v. Bayer Corp., et al.* , Case No. 03-1295 [Doc. No. 14]

*Harvey Bradley v. Bayer Corp., et al.* , Case No. 02-3094 [Doc. No. 15]

*Bill Breeding, et al., v. Bayer Corp., et al.* , Case No. 02-1946 [Doc. No. 12]

*Mary Brinkhaus, et al., v. Bayer Corp., et al.* , Case No. 02-1855 [Doc. No. 12]

*Catherine Burke-Sherman, et al. v. Bayer Corp., et al.*, Case No. 02-4636 [Doc. No. 16]

*John Carpenter, et al., v. Bayer Corp., et al.* , Case No. 02-0747 [Doc. No. 32]

*Charles Conner, et al., v. Bayer Corp., et al.* , Case No. 03-1560 [Doc. No. 15]

*Wambi Cook v. Bayer Corp., et al.*, Case No. 02-4554 [Doc. No. 14]

*Clarence Cornett, et al., v. Bayer Corp., et al.* , Case No. 02-3182 [Doc. No. 16]

*Frederick Corpening, et al. v. Bayer Corp., et al.*, Case No. 02-1881 [Doc. No. 12]

*Jaqueline Danzo, et al., v. Bayer Corp., et al.*, Case No. 02-1892 [Doc. No. 12]

*Diane Dean, et al., v. Bayer Corp., et al.*, Case No. 02-3236 [Doc. No. 16]

*Donna Decker, et al., v. Bayer Corp., et al.*, Case No. 03-2694 [Doc. No. 15]

*Vicenta Dela Cruz, et al., v. Bayer Corp., et al.* Case No. 03-1973 [Doc. No. 15]

*Linda Demetri, et al., v. Bayer Corp., et al.*, Case No. 02-4641 [Doc. No. 15]

*Janice Devick v. Bayer Corp., et al.*, Case No. 02-2466 [Doc. No. 11]

*James Dubrico, et al., v. Bayer Corp., et al.*, Case No. 02-1902 [Doc. No. 12]

*Tonya Elliott, et al., v. Bayer Corp., et al.*, Case No. 02-1907 [Doc. No. 12]

*Thelma Evans v. Bayer Corp., et al.*, Case No. 02-3168 [Doc. No. 16]

*Garry Gernandt v. Bayer Corp., et al.*, Case No. 02-2489 [Doc. No. 12]

*Thelma Glass, et al., v. Bayer Corp., et al.*, Case No. 03-1981 [Doc. No. 14]

*Ola Gene Guenther v. Bayer Corp., et al.*, Case No. 03-2361 [Doc. No. 15]

*Sat Gupta, et al., v. Bayer Corp., et al.*, Case No. 02-1981 [Doc. No. 12]

*Carol Hays, et al., v. Bayer Corp., et al.*, Case No. 03-1976 [Doc. No. 14]

*Marlene Hesch, et al., v. Bayer Corp., et al.*, Case No. 02-1396 [Doc. No. 13]

*Roni Hillier v. Bayer Corp., et al.*, Case No. 02-2621 [Doc. No. 12]

*Dorothy Humphrey v. Bayer Corp., et al.*, Case No. 03-0575 [Doc. No. 14]

*Martha Jackson v. Bayer Corp., et al.*, Case No. 02-3366 [Doc. No. 16]

*Ray Jacob, et al., v. Bayer Corp., et al.*, Case No. 03-2106 [Doc. No. 10]

*Marian Johnson v. Bayer Corp., et al.*, Case No. 02-1197 [Doc. No. 12]

*Olene Johnson, et al., v. Bayer Corp., et al.*, Case No. 02-3264 [Doc. No. 14]

*Bennie Jones, et al., v. Bayer Corp., et al.*, Case No. 02-3164 [Doc. No. 17]

*Richard Kauffman v. Bayer Corp., et al.*, Case No. 03-0473 [Doc. No. 15]

*Kimberly Kidd, et al., v. Bayer Corp., et al.*, Case No. 03-2186 [Doc. No. 18]

*Marvel Laundreaux v. Bayer Corp., et al.*, Case No. 02-3127 [Doc. No. 18]

*Debbie Lay v. Bayer Corp., et al.*, Case No. 03-0700 [No Doc. No.]

*Francine Leone v. Bayer Corp., et al.*, Case No. 03-0690 [Doc. No. 15]

*Geraldine Ling, et al., v. Bayer Corp., et al.*, Case No. 02-2065 [Doc. No. 12]

*Roland Manriquez v. Bayer Corp., et al.*, Case No. 03-1624 [Doc. No. 15]

*Paul Matthews, et al., v. Bayer Corp., et al.*, Case No. 02-2802 [Doc. No. 11]

*Beatrice McLean v. Bayer Corp., et al.*, Case No. 02-3427 [Doc. No. 16]

*Jerrell Melton v. Bayer Corp., et al.*, Case No. 03-0266 [Doc. No. 15]

*Antonio Mercado, et al., v. Bayer Corp., et al.*, Case No. 02-1609 [Doc. No. 16]

*Paul Miller v. Bayer Corp., et al.*, Case No. 03-1943 [Doc. No. 20]

*Jolene Moore, et al., v. Bayer Corp., et al.*, Case No. 02-2527 [Doc. No. 12]

*Alph Morrow v. Bayer Corp., et al.*, Case No. 03-1700 [Doc. No. 15]

*John Ochoa, et al., v. Bayer Corp., et al.*, Case No. 03-1510 [Doc. No. 17]

*Delia Orci, et al., v. Bayer Corp., et al.*, Case No. 03-1525 [Doc. No. 15]

*Paul Oshinsky v. Bayer Corp., et al.*, Case No. 02-1460 [Doc. No. 18]

*Byron Pedersen v. Bayer Corp., et al.*, Case No. 02-2615 [Doc. No. 12]

*Roger Porter v. Bayer Corp., et al.*, Case No. 02-3308 [Doc. No. 15]

*Vincent Quidasol, et al., v. Bayer Corp., et al.*, Case No. 02-2377 [Doc. No. 15]

*George Reed v. Bayer Corp., et al.*, Case No. 03-2311 [Doc. No. 15]

*James Reynolds v. Bayer Corp., et al.*, Case No. 03-1537 [Doc. No. 14]

*Raymond Rodrequez v. Bayer Corp., et al.*, Case No. 02-1969 [Doc. No. 14]

*Patricia Rolen v. Bayer Corp., et al.*, Case No. 03-0501 [Doc. No. 15]

*Edna Schaller, et al., v. Bayer Corp., et al.*, Case No. 02-3278 [Doc. No. 14]

*Terry Scott v. Bayer Corp., et al.*, Case No. 03-1494 [Doc. No. 14]

*Cherlyn Seay, et al., v. Bayer Corp., et al.*, Case No. 03-3051 [Doc. No. 11]

*Elbert Street v. Bayer Corp., et al.*, Case No. 03-3004 [Doc. No. 11]

*Lurel Taylor, et al., v. Bayer Corp., et al.*, Case No. 02-4673 [Doc. No. 16]

*Betty Temple, et al., v. Bayer Corp., et al.*, Case No. 02-2418 [Doc. No. 15]

*James Tharpe v. Bayer Corp., et al.*, Case No. 02-2585 [Doc. No. 12]

*Joane Thornton, et al., v. Bayer Corp., et al.,* Case No. 03-0787 [Doc. No. 15]

*Cathy Todd v. Bayer Corp., et al.,* Case No. 02-3066 [Doc. No. 15]

*Charles Volanti, et al., v. Bayer Corp., et al.,* Case No. 02-2304 [Doc. No. 14]

*Annie Wafer v. Bayer Corp., et al.,* Case No. 02-2170 [Doc. No. 15]

*Eva Wagner v. Bayer Corp., et al.,* Case No. 02-2601 [Doc. No. 12]

*Daphne Walker, et al., v. Bayer Corp., et al.,* Case No. 02-1615 [Doc. No. 21]

*Marjorie Walters v. Bayer Corp., et al.,* Case No. 03-2289 [Doc. No. 15]

*Sue Weise v. Bayer Corp., et al.,* Case No. 02-3275 [Doc. No. 14]

Date: March 12, 2004

/s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court