UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Rebecca Archer v. Bayer Corp., et al.* | Case No. 02-4665 |
| *Emelye Ball v. Bayer Corp., et al.* | Case No. 02-2518 |
| *Harry Benevento v. Bayer Corp., et al.* | Case No. 02-1550 |
| *Marietta Blacklock v. Bayer Corp., et al.* | Case No. 03-0129 |
| *Edward Bohannon v. Bayer Corp., et al.* | Case No. 02-2857 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | Case No. 02-0747 |
| *Carl Cleveland v. Bayer Corp., et al.* | Case No. 02-1878 |
| *Mattie Cox v. Bayer Corp., et al.* | Case No. 02-1884 |
| *Georgette DeRosa v. Bayer Corp., et al.* | Case No. 03-1952 |
| *Dorothy Green v. Bayer Corp., et al.* | Case No. 02-2712 |
| *Helen Gregory v. Bayer Corp., et al.* | Case No. 02-2373 |
| *Robert Grumback v. Bayer Corp., et al.* | Case No. 02-3400 |
| *Robert Hayman v. Bayer Corp., et al.* | Case No. 02-2040 |
| *Carolyn Horton v. Bayer Corp., et al.* | Case No. 02-2486 |
| *Antonette Innocenzi v. Bayer Corp., et al.* | Case No. 03-1757 |
| *Theodosia Jaks v. Bayer Corp., et al.* | Case No. 03-0689 |
| *Lucius James v. Bayer Corp., et al.* | Case No. 02-2636 |
| *Dwight Justice v. Bayer Corp., et al.* | Case No. 03-0528 |
| *Gunter Liebherr v. Bayer Corp., et al.* | Case No. 02-2283 |
| *Sharon Love v. Bayer Corp., et al.* | Case No. 03-1436 |
| *Patti McIlroy v. Bayer Corp., et al.* | Case No. 02-1571 |
| *Gloria O'Donnell v. Bayer Corp., et al.* | Case No. 03-1645 |
| *Gary Perkins v. Bayer Corp., et al.* | Case No. 02-1605 |
| *Bejai Prasad v. Bayer Corp., et al.* | Case No. 03-1709 |
| *James Pritchett v. Bayer Corp., et al.* | Case No. 02-2648 |
| *Alice Retes v. Bayer Corp., et al.* | Case No. 02-3355 |
| *Josephine Rhobotham v. Bayer Corp., et al.* | Case No. 02-1491 |
| *Ljubikza Rosso v. Bayer Corp., et al.* | Case No. 03-0646 |
| *Robert Swartz v. Bayer Corp., et al.* | Case No. 03-0634 |
| *William Thomas v. Bayer Corp., et al.* | Case No. 02-3175 |
| *Robert Trent v. Bayer Corp., et al.* | Case No. 02-4674 |
| *Patricia Whitfield v. Bayer Corp., et al.* | Case No. 03-0217 |
| *Gary Wood v. Bayer Corp., et al.* | Case No. 02-2004 |
| *Theodore Zuckerman v. Bayer Corp., et al.* | Case No. 03-0822 |
| *Karin Check v. Bayer Corp., et al.* | Case No. 02-1476 |
| *Elise Eaton v. Bayer Corp., et al.* | Case No. 03-1906 |
| *Estell Goodson v. Bayer Corp., et al.* | Case No. 02-2401 |
| *Patricia Mosmeyer v. Bayer Corp., et al.* | Case No. 03-2325 |

*Mathew Griffin v. Bayer Corp., et al.* Case No. 02-2699
*Murielle Toledo v. Bayer Corp., et al.* Case No. 03-0667

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendants Bayer Corporation, Bayer AG, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline move the Honorable Michael J. Davis, United States District Court, United States District Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, pursuant to Fed. R. Civ. P. 41 and PTO 89, to enter an order dismissing with prejudice the above-captioned "Program Cases" which plaintiff's counsel, Weitz & Luxenberg, determined did not warrant further discovery for purposes of trial under PTO 89. This motion is supported by the attached Memorandum and supporting documents.

DATED: December 2, 2005

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

/signature on file/
Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss, supporting memorandum, proposed order, and exhibits were electronically filed and served on December 2, 2005.

_______________________