UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Rebecca Archer v. Bayer Corp., et al.* | Case No. 02-4665 |
| *Emelye Ball v. Bayer Corp., et al.* | Case No. 02-2518 |
| *Harry Benevento v. Bayer Corp., et al.* | Case No. 02-1550 |
| *Marietta Blacklock v. Bayer Corp., et al.* | Case No. 03-0129 |
| *Edward Bohannon v. Bayer Corp., et al.* | Case No. 02-2857 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | Case No. 02-0747 |
| *Carl Cleveland v. Bayer Corp., et al.* | Case No. 02-1878 |
| *Mattie Cox v. Bayer Corp., et al.* | Case No. 02-1884 |
| *Georgette DeRosa v. Bayer Corp., et al.* | Case No. 03-1952 |
| *Dorothy Green v. Bayer Corp., et al.* | Case No. 02-2712 |
| *Helen Gregory v. Bayer Corp., et al.* | Case No. 02-2373 |
| *Robert Grumback v. Bayer Corp., et al.* | Case No. 02-3400 |
| *Robert Hayman v. Bayer Corp., et al.* | Case No. 02-2040 |
| *Carolyn Horton v. Bayer Corp., et al.* | Case No. 02-2486 |
| *Antonette Innocenzi v. Bayer Corp., et al.* | Case No. 03-1757 |
| *Theodosia Jaks v. Bayer Corp., et al.* | Case No. 03-0689 |
| *Lucius James v. Bayer Corp., et al.* | Case No. 02-2636 |
| *Dwight Justice v. Bayer Corp., et al.* | Case No. 03-0528 |
| *Gunter Liebherr v. Bayer Corp., et al.* | Case No. 02-2283 |
| *Sharon Love v. Bayer Corp., et al.* | Case No. 03-1436 |
| *Patti McIlroy v. Bayer Corp., et al.* | Case No. 02-1571 |
| *Gloria O'Donnell v. Bayer Corp., et al.* | Case No. 03-1645 |
| *Gary Perkins v. Bayer Corp., et al.* | Case No. 02-1605 |
| *Bejai Prasad v. Bayer Corp., et al.* | Case No. 03-1709 |
| *James Pritchett v. Bayer Corp., et al.* | Case No. 02-2648 |
| *Alice Retes v. Bayer Corp., et al.* | Case No. 02-3355 |
| *Josephine Rhobotham v. Bayer Corp., et al.* | Case No. 02-1491 |
| *Ljubikza Rosso v. Bayer Corp., et al.* | Case No. 03-0646 |
| *Robert Swartz v. Bayer Corp., et al.* | Case No. 03-0634 |
| *William Thomas v. Bayer Corp., et al.* | Case No. 02-3175 |
| *Robert Trent v. Bayer Corp., et al.* | Case No. 02-4674 |
| *Patricia Whitfield v. Bayer Corp., et al.* | Case No. 03-0217 |
| *Gary Wood v. Bayer Corp., et al.* | Case No. 02-2004 |
| *Theodore Zuckerman v. Bayer Corp., et al.* | Case No. 03-0822 |
| *Karin Check v. Bayer Corp., et al.* | Case No. 02-1476 |
| *Elise Eaton v. Bayer Corp., et al.* | Case No. 03-1906 |
| *Estell Goodson v. Bayer Corp., et al.* | Case No. 02-2401 |
| *Patricia Mosmeyer v. Bayer Corp., et al.* | Case No. 03-2325 |

*Mathew Griffin v. Bayer Corp., et al.* Case No. 02-2699
*Murielle Toledo v. Bayer Corp., et al.* Case No. 03-0667

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS TRIAL PROGRAM CASES

In the Summer of 2003, pursuant to PTO 89, the Court designated over 200 cases for its Trial Program. One hundred seventy-one of the plaintiffs in these Program Cases were represented by Weitz & Luxenberg ("Weitz"). Subsequently, but no later than two days before the September 2003 Status Conference, the Plaintiff's Steering Committee ("PSC") was to engage in a vetting process to determine which Program Cases warranted further discovery for the purpose of trial. *See* PTO 89 at ¶ 2. "All other Program Cases [were to] be dismissed unless a plaintiff established just cause for the continuation of a case." *Id.*

On October 9, 2003, the Court expressly confirmed that all Program Cases determined not to warrant further discovery for the purpose of trial, *i.e.*, "dropped cases," would be dismissed *with prejudice* unless good cause is shown why they should not be . . . ." (Tr. of 10/9/03, at 115 (emphasis added).) Subsequently, defense counsel worked with the PSC to reach agreement as to which dropped cases should be included on a proposed, consolidated order for dismissal with prejudice pursuant to PTO 89. This order covering 11 plaintiffs was submitted to the Court, and entered on January 9, 2004 (attached as Exhibit A).

In spite of this agreement and the Court's express ruling, Weitz took the position that none of its dropped cases should be included in the proposed, consolidated order of dismissal. *See* Declaration of Sherry Knutson (attached as Exhibit B). Defendants responded by filing a Motion for Entry of Order Dismissing with Prejudice Program Cases Dropped by Weitz and Luxenberg on January 9, 2004. Weitz filed an opposition that made no attempt to establish good cause, but merely claimed that some plaintiffs may intend to pursue their cases with other counsel. Defendants replied by restating this court's ruling and by highlighting the failure to show good cause.

Before this Court could rule on defendants' motion, Weitz and defendants came to an agreement regarding the disposition of dropped cases and, at the status conference of February 24, 2004, filed a Stipulation and Order of Voluntary Dismissal with Prejudice of Weitz's dropped cases. That stipulation was incomplete, however, as it did not include all of Weitz's dropped cases as had been agreed.[1] Moreover, since the stipulation was filed, Weitz has

---

[1] The cases that had been dropped on or before February 24, 2004 but omitted from the stipulation are: *Rebecca Archer*, *Emelye Ball*, *Harry Benevento*, *Marietta Blacklock, Edward Bohannon*, *John Carpenter*, *Carl Cleveland, Mattie Cox, Dorothy Green*, *Helen Gregory*, *Robert Hayman*, *James Lucius*, *Dwight Justice*, *Ginter Liebherr*, *Sharon Love*, *Gloria O'Donnell*, *Gary Perkins*, *Bejai Prasad*, *James Pritchett*, *Alice Retes*, *Robert Swartz*, *William Thomas*, *Robert Trent*, *Patricia Whitfield*, *Gary Wood*, *Theodore Zuckerman*, *Karin Check*, and *Patricia Mosmeyer.* Although a small number of cases were knowingly left out of the February 24, 2004 stipulation, Weitz agreed to resolve the issue of the dismissal of those cases within twenty days of the status conference and has failed to do so. (Tr. of 2/24/04 at 49).

dropped additional cases that also should be dismissed with prejudice pursuant to PTO 89.[2]

Despite counsel for Bayer's request that Weitz stipulate to the dismissal of these cases (attached as Exhibit C), to date Weitz has not responded. Accordingly, because this Court already has determined that dropped Program Cases should be dismissed with prejudice, defendants request that the Court enter an order dismissing with prejudice the identified Program Cases that Weitz has determined do not warrant further discovery for purposes of trial under PTO 89.

DATED: December 2, 2005

---

[2] Cases dropped after February 24, 2004 include: *Georgette De Rosa*, *Robert Grumback*, *Carolyn Horton, Antonette Innocenzi, Theodosia Jaks*, *Patti McIlroy*, *Josephine Rhobotham*, *Ljubikza Rosso*, *Elise Eaton, Estell Goodson*, *Mathew Griffin*, and *Murielle Toledo.*

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

/signature on file/
Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*