# Exhibit A

E-SERVED
01/13/04
01:07 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to:** | : | |
| *Jessie Anderson, et al., v. Bayer Corp., et al.* | : | Case No. 02-2984 |
| *Guy Besles, et al., v. Bayer AG, et al.* | : | Case No. 03-0028 |
| *Albert Bowers, et al., v. Bayer AG, et al.* | : | Case No. 02-4403 |
| *Mary Davidson v. Bayer AG, et al.* | : | Case No. 02-0541 |
| *Bob England, et al., v. Bayer Corp., et al.* | : | Case No. 02-3870 |
| *Jean Gilbertson v. Bayer Corp., et al.* | : | Case No. 03-4189 |
| *Mervine Hernandez, et al., v. Bayer Corp., et al.* | : | Case No. 02-3003 |
| *Janice Lund v. Bayer Corp., et al.* | : | Case No. 03-0996 |
| *Rhea Murray v. Bayer Corp., et al.* | : | Case No. 02-2112 |
| *Matt Santino v. Bayer Corp., et al.* | : | Case No. 03-3126 |
| *Damian Stearns, et al., v. Bayer Corp., et al.* | : | Case No. 03-2137 |

**ORDER**

Pursuant to Pretrial Order 89, the parties have received and reviewed a selection of cases for potential trial ("Program Cases"). The Plaintiffs' Steering Committee has advised the Court and the Defendants which Program Cases it has determined warrant discovery for the purpose of trial ("Eligible Cases"). All other Program Cases are to be dismissed. PTO-89 ¶2.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE** as to all plaintiffs, except as follows:

Plaintiff **Jessie Anderson only** in No. 02-2984,
Plaintiff **Guy Besles only** in No. 03-0028,
Plaintiffs **Albert and Shirley Bowers only** in No. 02-4403, and
Plaintiff **Vern Frisk only** in No. 02-3870.

FILED JAN 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

E-SERVED
01/13/04
01:07 PM ET
Baycol MDL 1431

Dated: 1-9-04

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

# 1431



CHI 2845766v1

# Exhibit B

E-SERVED
01/09/04
06:02 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

| | | |
|---|---|---|
| *Steve Abramovitz v. Bayer Corp., et al.* | : | Case No. 03-1253 |
| *Charles Apple, et al., v. Bayer Corp., et al.* | : | Case No. 03-2394 |
| *Mirza Baig v. Bayer Corp., et al.* | : | Case No. 03-1222 |
| *John Barber, et al., v. Bayer Corp., et al.* | : | Case No. 02-4538 |
| *Jayne Bavett, et al., v. Bayer Corp., et al.* | : | Case No. 03-1279 |
| *Richard Bierman, et al., v. Bayer Corp., et al.* | : | Case No. 03-1295 |
| *Harvey Bradley v. Bayer Corp., et al.* | : | Case No. 02-3094 |
| *Bill Breeding, et al., v. Bayer Corp., et al.* | : | Case No. 02-1946 |
| *Mary Brinkhaus, et al., v. Bayer Corp., et al.* | : | Case No. 02-1855 |
| *Catherine Burke-Sherman, et al., v. Bayer Corp., et al.* | : | Case No. 02-4636 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | : | Case No. 02-0747 |
| *Charles Conner, et al., v. Bayer Corp., et al.* | : | Case No. 03-1560 |
| *Wambi Cook v. Bayer Corp., et al.* | : | Case No. 02-4554 |
| *Clarence Cornett, et al., v. Bayer Corp., et al.* | : | Case No. 02-3182 |
| *Frederick Corpening, et al., v. Bayer Corp., et al.* | : | Case No. 02-1881 |
| *Jaqueline Danzo, et al., v. Bayer Corp., et al.* | : | Case No. 02-1892 |
| *Diane Dean, et al., v. Bayer Corp., et al.* | : | Case No. 02-3236 |
| *Donna Decker, et al., v. Bayer Corp., et al.* | : | Case No. 03-2694 |
| *Vicenta Dela Cruz, et al., v. Bayer Corp., et al.* | : | Case No. 03-1973 |
| *Linda Demetri, et al., v. Bayer Corp., et al.* | : | Case No. 02-4641 |
| *Janice Devick v. Bayer Corp., et al.* | : | Case No. 02-2466 |
| *James Dubrico, et al., v. Bayer Corp., et al.* | : | Case No. 02-1902 |
| *Tonya Elliott, et al., v. Bayer Corp., et al.* | : | Case No. 02-1907 |
| *Thelma Evans v. Bayer Corp., et al.* | : | Case No. 02-3168 |
| *Garry Gernandt v. Bayer Corp., et al.* | : | Case No. 02-2489 |
| *Thelma Glass, et al., v. Bayer Corp., et al.* | : | Case No. 03-1981 |
| *Ola Gene Guenther v. Bayer Corp., et al.* | : | Case No. 03-2361 |
| *Sat Gupta, et al., v. Bayer Corp., et al.* | : | Case No. 02-1981 |
| *Carol Hays, et al., v. Bayer Corp., et al.* | : | Case No. 03-1976 |
| *Marlene Hesch, et al., v. Bayer Corp., et al.* | : | Case No. 02-1396 |
| *Roni Hillier v. Bayer Corp., et al.* | : | Case No. 02-2621 |
| *Dorothy Humphrey v. Bayer Corp., et al.* | : | Case No. 03-0575 |
| *Martha Jackson v. Bayer Corp., et al.* | : | Case No. 02-3366 |
| *Ray Jacob, et al., v. Bayer Corp., et al.* | : | Case No. 03-2106 |

E-SERVED 01/09/04 06:02 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| *Marian Johnson v. Bayer Corp., et al.* | : | Case No. 02-1197 |
| *Olene Johnson, et al., v. Bayer Corp., et al.* | : | Case No. 02-3264 |
| *Bennie Jones, et al., v. Bayer Corp., et al.* | : | Case No. 02-3164 |
| *Richard Kauffman v. Bayer Corp., et al.* | : | Case No. 03-0473 |
| *Kimberly Kidd, et al., v. Bayer Corp., et al.* | : | Case No. 03-2186 |
| *Marvel Laundreaux v. Bayer Corp., et al.* | : | Case No. 02-3127 |
| *Debbie Lay v. Bayer Corp., et al.* | : | Case No. 03-0700 |
| *Francine Leone v. Bayer Corp., et al.* | : | Case No. 03-0690 |
| *Geraldine Ling, et al., v. Bayer Corp., et al.* | : | Case No. 02-2065 |
| *Roland Manriquez v. Bayer Corp., et al.* | : | Case No. 03-1624 |
| *Paul Matthews, et al., v. Bayer Corp., et al.* | : | Case No. 02-2802 |
| *Beatrice McLean v. Bayer Corp., et al.* | : | Case No. 02-3427 |
| *Jerrell Melton v. Bayer Corp., et al.* | : | Case No. 03-0266 |
| *Antonio Mercado, et al., v. Bayer Corp., et al.* | : | Case No. 02-1609 |
| *Paul Miller v. Bayer Corp., et al.* | : | Case No. 03-1943 |
| *Jolene Moore, et al., v. Bayer Corp., et al.* | : | Case No. 02-2527 |
| *Alph Morrow v. Bayer Corp., et al.* | : | Case No. 03-1700 |
| *John Ochoa, et al., v. Bayer Corp., et al.* | : | Case No. 03-1510 |
| *Delia Orci, et al., v. Bayer Corp., et al.* | : | Case No. 03-1525 |
| *Paul Oshinsky v. Bayer Corp., et al.* | : | Case No. 02-1460 |
| *Byron Pedersen v. Bayer Corp., et al.* | : | Case No. 02-2615 |
| *Roger Porter v. Bayer Corp., et al.* | : | Case No. 02-3308 |
| *Vincent Quidasol, et al., v. Bayer Corp., et al.* | : | Case No. 02-2377 |
| *George Reed v. Bayer Corp., et al.* | : | Case No. 03-2311 |
| *James Reynolds v. Bayer Corp., et al.* | : | Case No. 03-1537 |
| *Raymond Rodrequez v. Bayer Corp., et al.* | : | Case No. 02-1969 |
| *Patricia Rolen v. Bayer Corp., et al.* | : | Case No. 03-0501 |
| *Edna Schaller, et al., v. Bayer Corp., et al.* | : | Case No. 02-3278 |
| *Terry Scott v. Bayer Corp., et al.* | : | Case No. 03-1494 |
| *Cherlyn Seay, et al., v. Bayer Corp., et al.* | : | Case No. 03-3051 |
| *Elbert Street v. Bayer Corp., et al.* | : | Case No. 03-3004 |
| *Lurel Taylor, et al., v. Bayer Corp., et al.* | : | Case No. 02-4673 |
| *Betty Temple, et al., v. Bayer Corp., et al.* | : | Case No. 02-2418 |
| *James Tharpe v. Bayer Corp., et al.* | : | Case No. 02-2585 |
| *Joane Thornton, et al., v. Bayer Corp., et al.* | : | Case No. 03-0787 |
| *Cathy Todd v. Bayer Corp., et al.* | : | Case No. 02-3066 |
| *Charles Volanti, et al., v. Bayer Corp., et al.* | : | Case No. 02-2304 |
| *Annie Wafer v. Bayer Corp., et al.* | : | Case No. 02-2170 |
| *Eva Wagner v. Bayer Corp., et al.* | : | Case No. 02-2601 |
| *Daphne Walker, et al., v. Bayer Corp., et al.* | : | Case No. 02-1615 |
| *Marjorie Walters v. Bayer Corp., et al.* | : | Case No. 03-2289 |
| *Sue Weise v. Bayer Corp., et al.* | : | Case No. 02-3275 |

E-SERVED
01/09/04
06:02 PM ET
Baycol MDL 1431

# DECLARATION OF SHERRY A. KNUTSON

1. I am an attorney in the law firm of Sidley Austin Brown & Wood LLP, attorneys for Defendants, Bayer Corporation and Bayer AG, in the above-captioned cases. I submit this declaration in support of Defendants' Joint Motion For Entry of Order Dismissing With Prejudice Program Cases Dropped by Weitz & Luxenberg. The matters stated in this declaration are based on my personal knowledge, and if called to testify I could and would competently testify to each of them.

2. On December 19 and 22, 2003, I spoke with Stacy Spodick, an attorney employed at Weitz & Luxenberg ("Weitz"), about a proposed, consolidated order of dismissal with prejudice pursuant to PTO 89 for dropped Program Cases. The proposed order had been submitted to the PSC by Bayer's counsel in order to reach agreement as to which cases should be included in the order.

3. Ms. Spodick advised me that Weitz would not agree to inclusion of any of its cases in a consolidated order of dismissal. Ms. Spodick requested that I send an individual stipulation of prejudice for each of its dropped Program Cases. She indicated that Weitz would sign each stipulation only if the plaintiff informed Weitz that he or she has no intention to pursue the case. Ms. Spodick informed me that Weitz is taking the position that "good cause" can be shown that a dropped Program Case should not be dismissed with prejudice if the plaintiff intends to pursue the case with other counsel. I advised Ms. Spodick that we understood Weitz's position, but that we would take the issue up with the Court given that the Court had already decided that dropped Program Cases should be dismissed with prejudice.

E-SERVED
01/09/04
06:02 PM ET
Baycol MDL 1431

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of January, 2004, at Chicago, Illinois.

Sherry A. Knutson

# Exhibit C

**Mizgala, James W.**

**From:** Mizgala, James W.
**Sent:** Thursday, October 13, 2005 9:55 AM
**To:** Daniel Burke (DBurke@weitzlux.com)
**Subject:** FW: Baycol: Stips to Dismiss Trial Program Cases

**Attachments:** Stip to Dismiss Ball & others.pdf; Stip to Dismiss Green.pdf; Stip to Dismiss Eaton.pdf; Stip to Dismiss Goodson & others.pdf; Stip to Dismiss Archer & others.pdf; Stip to Dismiss Blacklock & Justice.pdf; Stip to Dismiss DeRosa & others.pdf; Stip to Dismiss John Carpenter.pdf

Dan, what's up with these? I really don't want to file a motion to dismiss.

---

**From:** Mizgala, James W.
**Sent:** Wednesday, September 28, 2005 2:04 PM
**To:** Daniel Burke (DBurke@weitzlux.com)
**Cc:** Michael Manuel (Michael.Manuel@dechert.com)
**Subject:** FW: Baycol: Stips to Dismiss Trial Program Cases

Dan, it appears in some of the stipulation confusion last year, we never cleaned up all PTO 89 trial program cases that were either dropped or settled. Accordingly, I attach the following:

The stips beginning Archer and Blacklock, Ball, Green, Eaton, and Goodson have all been transmitted to W&L in spring and summer 2004. They have also been previously vetted by Dechert.

Stip to Dismiss Ball & others.... | Stip to Dismiss Green.pdf (44 ... | Stip to Dismiss Eaton.pdf (44 ... | Stip to Dismiss Goodson & othe... | Stip to Dismiss Archer & other... | Stip to Dismiss Blacklock & Ju...

The stip beginning with DeRosa includes cases that were settled or dropped later in 2004 and have never been the subject of dismissal requests before. Specifically, DeRosa, Griffin, McIlroy, Rhobotham, Rosso, and Whitfield were dropped; Quinones was settled.

Stip to Dismiss DeRosa & other...

Finally, John Carpenter was dropped in January 2004, and just noy followed up on until now:

Stip to Dismiss John Carpenter...

Mike, OK to sign these for GSK?