UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Rebecca Archer v. Bayer Corp., et al.* | Case No. 02-4665 |
| *Emelye Ball v. Bayer Corp., et al.* | Case No. 02-2518 |
| *Harry Benevento v. Bayer Corp., et al.* | Case No. 02-1550 |
| *Marietta Blacklock v. Bayer Corp., et al.* | Case No. 03-0129 |
| *Edward Bohannon v. Bayer Corp., et al.* | Case No. 02-2857 |
| *John Carpenter, et al., v. Bayer Corp., et al.* | Case No. 02-0747 |
| *Carl Cleveland v. Bayer Corp., et al.* | Case No. 02-1878 |
| *Mattie Cox v. Bayer Corp., et al.* | Case No. 02-1884 |
| *Georgette DeRosa v. Bayer Corp., et al.* | Case No. 03-1952 |
| *Dorothy Green v. Bayer Corp., et al.* | Case No. 02-2712 |
| *Helen Gregory v. Bayer Corp., et al.* | Case No. 02-2373 |
| *Robert Grumback v. Bayer Corp., et al.* | Case No. 02-3400 |
| *Robert Hayman v. Bayer Corp., et al.* | Case No. 02-2040 |
| *Carolyn Horton v. Bayer Corp., et al.* | Case No. 02-2486 |
| *Antonette Innocenzi v. Bayer Corp., et al.* | Case No. 03-1757 |
| *Theodosia Jaks v. Bayer Corp., et al.* | Case No. 03-0689 |
| *Lucius James v. Bayer Corp., et al.* | Case No. 02-2636 |
| *Dwight Justice v. Bayer Corp., et al.* | Case No. 03-0528 |
| *Gunter Liebherr v. Bayer Corp., et al.* | Case No. 02-2283 |
| *Sharon Love v. Bayer Corp., et al.* | Case No. 03-1436 |
| *Patti McIlroy v. Bayer Corp., et al.* | Case No. 02-1571 |
| *Gloria O'Donnell v. Bayer Corp., et al.* | Case No. 03-1645 |
| *Gary Perkins v. Bayer Corp., et al.* | Case No. 02-1605 |
| *Bejai Prasad v. Bayer Corp., et al.* | Case No. 03-1709 |
| *James Pritchett v. Bayer Corp., et al.* | Case No. 02-2648 |
| *Alice Retes v. Bayer Corp., et al.* | Case No. 02-3355 |
| *Josephine Rhobotham v. Bayer Corp., et al.* | Case No. 02-1491 |
| *Ljubikza Rosso v. Bayer Corp., et al.* | Case No. 03-0646 |
| *Robert Swartz v. Bayer Corp., et al.* | Case No. 03-0634 |
| *William Thomas v. Bayer Corp., et al.* | Case No. 02-3175 |
| *Robert Trent v. Bayer Corp., et al.* | Case No. 02-4674 |
| *Patricia Whitfield v. Bayer Corp., et al.* | Case No. 03-0217 |
| *Gary Wood v. Bayer Corp., et al.* | Case No. 02-2004 |
| *Theodore Zuckerman v. Bayer Corp., et al.* | Case No. 03-0822 |
| *Karin Check v. Bayer Corp., et al.* | Case No. 02-1476 |
| *Elise Eaton v. Bayer Corp., et al.* | Case No. 03-1906 |
| *Estell Goodson v. Bayer Corp., et al.* | Case No. 02-2401 |
| *Patricia Mosmeyer v. Bayer Corp., et al.* | Case No. 03-2325 |

SCANNED
JAN 24 2006
U.S. DISTRICT COURT MPLS

| | |
|---|---|
| *Mathew Griffin v. Bayer Corp., et al.* | Case No. 02-2699 |
| *Murielle Toledo v. Bayer Corp., et al.* | Case No. 03-0667 |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendants' Joint Motion for Entry of Order Dismissing with Prejudice Program Cases Dropped by Weitz and Luxenberg; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that the above-captioned cases are **DISMISSED WITH PREJUDICE** as to all plaintiffs, except that in Case No. 02-0747 only Plaintiff John Carpenter is dismissed with prejudice. The parties shall each bear their own costs.

DATED: JAN 24 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
JAN 24 2006
U.S. DISTRICT COURT MPLS