UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MJD)** |
| **This Document Relates to:** | : | |
| *John Carpenter, et al. v. Bayer Corp., et al.* | : | Case No. 02-0747 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of April 25, 2006, and on the files, records, and proceedings therein,

**IT IS HEREBY ORDERED:**

The claims of Plaintiff Indu Chana is **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: OCT 0 2 2006

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

SCANNED
OCT 0 2 2006
U.S. DISTRICT COURT MPLS